ORIGINAL

SEND

FILED
CLERK, U S DISTRICT COURT

MAY 1 6 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DAVID GRISMAN, et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV07-2921-JSL (SSx) |
| v. | |
| UMG RECORDINGS, INC., et al | ORDER RETURNING CASE FOR REASSIGNMENT |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

_May 4, 2007_                                         _Spencer Letts_
Date                                                  United States District Judge

---

### NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge ___Christina A. Snyder___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___CAS___ after the case number in place of the initials of the prior judge so that the case number will read ___CV 07-2921 CAS (SSx)___.

This is very important because documents are routed to the assigned judge by means of the initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western   ☐ Southern   ☐ Eastern Division.

**Subsequent documents must be filed at the   ☒ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

---

ORDER RETURNING CASE FOR REASSIGNMENT
CV-89 (01/05)

ENTERED ON CM 5/16/07