

RUSSELL J. FRACKMAN (SBN 49087)
rjf@msk.com
JEFFREY D. GOLDMAN (SBN 155589)
jdg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
UMG RECORDINGS, INC. and UNIVERSAL MUSIC
GROUP DISTRIBUTION, CORP.

FILED
CLERK, U.S. DISTRICT COURT

JUN - 7 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED

2007 JUN - 6 PM 3: 28
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DAVID GRISMAN and CRAIG
MILLER, individually and collectively,
and doing business as DAWG MUSIC,
and on behalf of all those similarly
situated,

                    Plaintiffs,

          v.

UMG RECORDINGS, INC.;
UNIVERSAL MUSIC & VIDEO
DISTRIBUTION CORP.; WARNER
MUSIC GROUP CORP.; APPLE
COMPUTER, INC.; WAL-MART.COM
USA, LLC; MICROSOFT
CORPORATION; AOL MUSIC NOW,
LLC; YAHOO!, INC.; NAPSTER, LLC;
REALNETWORKS DIGITAL MUSIC
OF CALIFORNIA, INC.; BUY.COM,
INC.; and DOES ONE through TEN,
inclusive,

                    Defendants.

CASE NO.  CV 07-2921 VBF (SSx)

The Hon. Valerie Baker Fairbank

**STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT**

DOCKETED ON CM

JUN - 8 2007

BY                    022

21

Mitchell
Silberberg &
Knupp LLP

1347640.1

STIPULATION

1    WHEREAS, plaintiffs David Grisman and Craig Miller ("Plaintiffs") have

2  served the First Amended Complaint on the defendants designated therein as UMG

3  Recordings, Inc. and Universal Music & Video Distribution, Inc. (the "Universal

4  Defendants");

5

6    WHEREAS, the Universal Defendants desire additional time to respond to the

   Complaint, and Plaintiffs have agreed as a courtesy to provide the Universal
7
   Defendants with such additional time;
8

9    Based on the foregoing and good cause existing therefor, Plaintiffs and the

10  Universal Defendants, by and through their counsel, hereby stipulate and agree that

11  the Universal Defendants shall have up to and including July 5, 2007, to respond to

12  the First Amended Complaint.

13
     IT IS SO STIPULATED.
14

15  Dated:  June 4, 2007              JEFFREY L. GRAUBART
                                      LAW OFFICES OF JEFFREY L.
16                                    GRAUBART

17
                                      BRIAN R. STRANGE
18                                    GRETCHEN CARPENTER
19                                    ANDREW SOKOLOWSKI
                                      STRANGE & CARPENTER
20
21                                    By:  _____
22                                          Brian R. Strange
                                            Attorneys for Plaintiffs
23

24  Dated:  June 4, 2007              RUSSELL J. FRACKMAN
                                      JEFFREY D. GOLDMAN
25                                    MITCHELL SILBERBERG & KNUPP LLP

26
                                      By:  _____
27                                          Jeffrey D. Goldman
                                            Attorneys for the Universal Defendants
Mitchell      28
Silberberg &
Knupp LLP
1347640.1
                                      1

**[PROPOSED] ORDER**

Based on the foregoing Stipulation of the parties, and good cause existing therefor,

IT IS ORDERED that the Universal Defendants shall have up to and including July 5, 2007, to respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated: June 5, 2007

_____

United States District Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On June 4, 2007, I served a copy of the foregoing document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** on the interested parties in this action at their last known address as set forth below by taking the action described below:

Jeffrey L. Graubart, Esq.
Law Offices
350 W. Colorado Blvd., Suite 200
Pasadena, CA 91105-1855
   (626) 304-2807 (fax)

Brian R. Strange, Esq.
Strange & Carpenter
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
   (310) 826-3210 (fax)

*Attorneys for Plaintiffs*

*Attorneys for Plaintiffs*

☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with _____ in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction such service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 4, 2007, at Los Angeles, California.

Kimberly Stewart