SCOTT A. EDELMAN (SBN 116927)
BRENDA KLEIDOSTY (SBN 234987)
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Telephone:   (310) 552-8500
Facsimile:   (310) 551-8741
sedelman@gibsondunn.com

CYNTHIA S. ARATO (SBN 156856)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035
carato@gibsondunn.com

*Attorneys for Defendants*
AOL MUSIC NOW, LLC; BUY.COM INC.;
MICROSOFT CORPORATION; NAPSTER LLC;
REAL NETWORKS DIGITAL MUSIC OF
CALIFORNIA, INC.; WAL-MART.COM USA,
LLC; WARNER MUSIC GROUP CORP.; and
YAHOO! INC. *for purposes of securing an
extension*

[Additional counsel listed on next page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as, DAWG MUSIC<br><br>Plaintiffs,<br><br>v.<br><br>UMG RECORDINGS, INC.; UNIVERSAL MUSIC & VIDEO DISTRIBUTION, CORP.; WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive<br><br>Defendants. | Case No. CV 07-2921 VBF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME WITHIN WHICH TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Hon. Valerie Baker Fairbank |

Dockets.Justia.com

1 | DANIEL SCOTT SCHECTER (SBN 171472)
  | JENNIFER BLAIR (SBN 222125)
2 | LATHAM & WATKINS LLP
  | 633 West Fifth St., Suite 4000
3 | Los Angeles, California 90071-2007
  | Telephone: (213) 485-1234
4 | Facsimile: (213) 891-8763

5 | *Attorneys for Defendant,*
  | APPLE COMPUTER, INC.

6

7 | JEFFREY L. GRAUBART (SBN 42250)
  | LAW OFFICES OF JEFFREY L. GRAUBART
  | 350 West Colorado Blvd., Suite 200
8 | Pasadena, California 91105-1855
  | Telephone: (626) 304-2800
9 | Facsimile: (626) 304-2807

10 | BRIAN R. STRANGE (SBN 103252)
   | GRETCHEN CARPENTER (SBN 180525)
11 | STRANGE & CARPENTER
   | 12100 Wilshire Blvd., Suite 1900
12 | Los Angeles, California 90025
   | Telephone: (310) 207-5055
13 | Facsimile: (310) 826-3210

14 | *Attorneys for Plaintiffs*

Defendants AOL Music Now LLC; Apple Computer, Inc.; Buy.com Inc.; Microsoft Corporation; Napster LLC; RealNetworks Digital Music of California, Inc.; Wal-Mart.com USA LLC; Warner Music Group Corporation; and Yahoo! Inc. ("Defendants"), and Plaintiffs David Grisman and Craig Miller, d/b/a Dawg Music, by and through their attorneys of record, hereby stipulate and agree as follows:

1. On May 14, 2007, Defendants AOL Music Now LLC; Apple Computer, Inc.; Microsoft Corporation; Napster LLC; RealNetworks Digital Music of California Inc.; Wal-Mart.com USA LLC; and Yahoo! Inc. were served with the Summons and Complaint filed by Plaintiffs;

2. On June 4, 2007, Plaintiffs stipulated to an extension of time to July 5, 2007 for Defendants AOL Music Now LLC; Apple Computer, Inc.; Microsoft Corporation; Napster LLC; RealNetworks Digital Music of California Inc.; Wal-Mart.com USA LLC; and Yahoo! Inc. to answer or otherwise respond to the Complaint;

3. On May 16, 2007, Buy.com Inc. was served with the Summons and First Amended Complaint filed by Plaintiffs;

4. On May 22, 2007, Warner Music Group Corporation was served with the Summons and First Amended Complaint filed by Plaintiffs;

5. On June 12, 2007, Plaintiffs stipulated to an extension of time to July 5, 2007 for Defendants Buy.com Inc. and Warner Music Group Corporation to answer or otherwise respond to the First Amended Complaint;

6. Plaintiffs have agreed to provide Defendants with an additional thirty-day extension of time to August 6, 2007 in which to answer or otherwise respond to the First Amended Complaint. This extension is appropriate because, among other reasons, it will aid Defendants' efforts to coordinate representation and potentially allow all of the parties and this Court to litigate this case in a more efficient and streamlined manner. The timing of the Independence Day holiday has also made it

1  more difficult to meet Defendants' deadline to respond to the First Amended Complaint
2  in light of summer and holiday-related vacation and travel plans.
3      IT IS HEREBY STIPULATED AND AGREED that Defendants shall have
4  through and including August 6, 2007 to answer or otherwise respond to the First
5  Amended Complaint.

Dated: June 27, 2007

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: *Scott Edelman* /BLK

Attorneys for Defendants AOL MUSIC NOW, LLC; BUY.COM INC.; MICROSOFT CORP.; NAPSTER LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA INC.; WAL-MART.COM LLC; WARNER MUSIC GROUP CORPORATION; and YAHOO! INC. for purposes of securing an extension

Dated: June 27, 2007

LATHAM & WATKINS LLP

By: _____
Attorneys for Defendant APPLE COMPUTER, INC.

Dated: June 27, 2007

LAW OFFICES OF JEFFREY L. GRAUBART
STRANGE & CARPENTER

By: _____

Attorneys for Plaintiffs DAVID GRISMAN and CRAIG MILLER, d/b/a DAWG MUSIC

more difficult to meet Defendants' deadline to respond to the First Amended Complaint in light of summer and holiday-related vacation and travel plans.

IT IS HEREBY STIPULATED AND AGREED that Defendants shall have through and including August 6, 2007 to answer or otherwise respond to the First Amended Complaint.

Dated: June 27, 2007              Respectfully submitted,

                                  GIBSON, DUNN & CRUTCHER LLP


                                  By:_____
                                  Attorneys for Defendants AOL MUSIC NOW, LLC; BUY.COM INC.; MICROSOFT CORP.; NAPSTER LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA INC.; WAL-MART.COM LLC; WARNER MUSIC GROUP CORPORATION; and YAHOO! INC. for purposes of securing an extension


Dated: June 27, 2007              LATHAM & WATKINS LLP


                                  By:_____
                                  Attorneys for Defendant APPLE COMPUTER, INC.


Dated: June 27, 2007              LAW OFFICES OF JEFFREY L. GRAUBART
                                  STRANGE & CARPENTER


                                  By: /s/ Gretchen Carpenter

                                  Attorneys for Plaintiffs DAVID GRISMAN and CRAIG MILLER, d/b/a DAWG MUSIC

## [PROPOSED] ORDER

Having considered the parties' foregoing Stipulation Extending the Time Within Which To Respond to the First Amended Complaint, and good cause appearing to exist, IT IS SO ORDERED. Specifically, in accordance with the terms of the foregoing stipulation, Defendants AOL Music Now LLC, Apple Computer Inc., Buy.com Inc., Microsoft Corporation, Napster LLC, RealNetworks Digital Music of California Inc., Wal-Mart.com USA LLC, Warner Music Group Corporation, and Yahoo! Inc. shall answer or otherwise respond to Plaintiffs' First Amended Complaint on or before August 6, 2007.

DATED: June 26, 2007

_____
Hon. Valerie Baker Fairbank

5

## CERTIFICATE OF SERVICE

I, Geri D. Hollins, declare as follows:

I am employed in Los Angeles, California; I am over the age of eighteen years and am not a party to this action; my business address is 2029 Century Park East, 40th Floor, Los Angeles, California 90067. On June 27, 2007, I caused to be served the within:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME WITHIN WHICH TO RESPOND TO FIRST AMENDED COMPLAINT**

to each of the persons named below at the address shown:

| |
|---|
| **Jeffrey L. Graubart, Esq.**<br>Law Offices of Jeffrey L. Graubart<br>350 West Colorado Boulevard, Suite 200<br>Pasadena, CA 91105-1855 |
| **Brian R. Strange, Esq.**<br>**Gretchen Carpenter, Esq.**<br>**Andrew Sokolowski, Esq.**<br>Strange & Carpenter<br>12100 Wilshire Boulevard, Suite 1900<br>Los Angeles, CA 90025 |
| **Russell J. Frackman, Esq.**<br>**Jeffrey D. Goldman, Esq.**<br>Mitchell, Silberberg & Knupp LLP<br>11377 West Olympic Boulevard<br>Los Angeles, CA 90064-1693 |

☑ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE**: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **BY FACSIMILE**: From facsimile machine telephone number (310) 551-8741, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

☐ **BY ELECTRONIC MAIL**: On the above-mentioned date, I e-mailed the above-referenced document[s] to the person[s] at the e-mail address[s] indicated.

☐  **BY OVERNIGHT MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by overnight mail. Pursuant to that practice, envelopes placed for collect ion at designated locations during designated hours are delivered to the overnight mail service with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher LLP, that same day in the ordinary course of business.

☐  **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑  **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by me on June 27, 2007, at Los Angeles, California.

*[signature]*
Geri D. Hollins

**CERTIFICATE OF SERVICE**