LODGED 2007 JUL -3 PM 4:33 CLERK U.S....

1  RUSSELL J. FRACKMAN (SBN 49087)
   rjf@msk.com
2  JEFFREY D. GOLDMAN (SBN 155589)
   jdg@msk.com
3  ALEXA L. LEWIS (SBN 235867)
   all@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100
7  Attorneys for Defendants
   UMG Recordings, Inc.; Universal Music & Video
8  Distribution Corp.

FILED CLERK, U.S. DISTRICT COURT JUL - 6 2007 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

NOTE CHANGES MADE BY COURT

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12  DAVID GRISMAN and CRAIG            CASE NO.  CV 07 2921 VBF (SSx)
    MILLER, individually and collectively,
13  and doing business as DAWG MUSIC,  The Hon. Valerie Baker Fairbank
    and on behalf of all those similarly
14  situated,
                                       STIPULATION AND [PROPOSED] VBF
15             Plaintiffs,             ORDER EXTENDING TIME TO
                                       RESPOND TO FIRST AMENDED
16        v.                           COMPLAINT; DECLARATION OF
                                       ALEXA L. LEWIS
17  UMG RECORDINGS, INC.;
    UNIVERSAL MUSIC & VIDEO
18  DISTRIBUTION CORP.; WARNER
    MUSIC GROUP CORP.; APPLE
19  COMPUTER, INC.; WAL-MART.COM
    USA, LLC; MICROSOFT
20  CORPORATION; AOL MUSIC NOW,        NO FURTHER CONTINUANCES
    LLC; YAHOO!, INC.; NAPSTER, LLC;
21  REALNETWORKS DIGITAL MUSIC
    OF CALIFORNIA, INC.; BUY.COM,
22  INC.; and DOES ONE through TEN,
    inclusive,
23
               Defendants.
24

25
26                                                  DOCKETED ON CM
27                                                  JUL - 6 2007        24
Mitchell
Silberberg & 28
Knupp LLP
1423566.1                              1                                022
         Stipulation re Extension to Respond to First Amended Complaint

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs and defendants UMG Recordings, Inc., and Universal Music & Video Distribution Corp. ("Defendants"), by their respective counsel of record herein, that said defendants shall have up to and including August 6, 2007, within which to respond to the First Amended Complaint.

This stipulation is based on the following facts:

1. On May 14, 2007, defendants were served with the First Amended Complaint in this action. The parties stipulated that Defendants would have up to and including July 5, 2007 to respond to the same, which was approved by this Court on June 5, 2007. Declaration of Alexa L. Lewis ("Lewis Decl.") ¶ 2.

2. Defendants have voluntarily provided to counsel for Plaintiffs for their review certain documents relating to this action. Lewis Decl. ¶ 3.

3. Plaintiffs and defendants AOL Music Now LLC, Apple Computer, Inc., Buy.com Inc., Microsoft Corporation, Napster LLC, RealNetworks Digital Music of California, Inc., Wal-Mart.com USA LLC, Warner Music Group Corporation, and Yahoo! Inc., have submitted a stipulation to extend said defendants' time to respond to the First Amended Complaint also to August 6, 2007. Lewis Decl. ¶ 4.

DATED: July 2, 2007

RUSSELL J. FRACKMAN
JEFFREY D. GOLDMAN
ALEXA L. LEWIS
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Alexa Lewis
Alexa L. Lewis
Attorneys for Defendants
UMG Recordings, Inc.; Universal Music & Video Distribution Corp.

DATED: July 2, 2007

JEFFREY L. GRAUBART
LAW OFFICES OF JEFFREY L.
GRAUBART

By: /s/ Jeffrey L. Graubart
Jeffrey L. Graubart
Attorney for Plaintiffs

**VBF**
(~~PROPOSED~~) ORDER

The request for a 30 day extension is DENIED for lack of good cause shown. ~~Good cause appearing therefor,~~ IT IS ORDERED that defendants UMG Recordings, Inc., and Universal Music & Video Distribution Corporation shall have up to and including ~~August 6~~ July 16, 2007, within which to respond to the First Amended Complaint. No further extensions will be granted.

Dated: July 5, 2007

**VALERIE BAKER FAIRBANK**
_____
Valerie Baker Fairbank
United States District Judge

# DECLARATION OF ALEXA L. LEWIS

1. I am an attorney at law licensed to practice before the Courts of the State of California and this United States District Court. I am an associate with the law firm of Mitchell Silberberg & Knupp LLP, attorneys for Defendants UMG Recordings, Inc. and Universal Music & Video Distribution Corp. in this matter. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of this Court's June 5, 2007 Order extending the time for Defendants UMG Recordings, Inc. and Universal Music & Video Distribution Corp. to respond to the First Amended Complaint to July 5, 2007.

3. Defendants have voluntarily provided to counsel for Plaintiffs for their review certain documents relating to this action.

4. Plaintiffs and defendants AOL Music Now LLC, Apple Computer, Inc., Buy.com Inc., Microsoft Corporation, Napster LLC, RealNetworks Digital Music of California, Inc., Wal-Mart.com USA LLC, Warner Music Group Corporation, and Yahoo! Inc., have submitted a stipulation to extend said defendants' time to respond to the First Amended Complaint also to August 6, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 2, 2007 in Los Angeles, California.

*Alexa Lewis*

Alexa L. Lewis

SCANNED

| | |
|---|---|
| 1 | RUSSELL J. FRACKMAN (SBN 49087)<br>rjf@msk.com |
| 2 | JEFFREY D. GOLDMAN (SBN 155589)<br>jdg@msk.com |
| 3 | MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard |
| 4 | Los Angeles, California 90064-1683<br>Telephone: (310) 312-2000 |
| 5 | Facsimile: (310) 312-3100 |
| 6 | Attorneys for Defendants<br>UMG RECORDINGS, INC. and UNIVERSAL MUSIC GROUP DISTRIBUTION, CORP. |

FILED
CLERK, U.S. DISTRICT COURT
JUN - 7 2007
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| 12 | DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated, | CASE NO. CV 07-2921 VBF (SSx)<br><br>The Hon. Valerie Baker Fairbank<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| 14 | Plaintiffs, | |
| 16 | v. | |
| 17-22 | UMG RECORDINGS, INC.; UNIVERSAL MUSIC & VIDEO DISTRIBUTION CORP.; WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive, | |
| 23 | Defendants. | |

DOCKETED ON CM
JUN - 8 ...
BY ___ 022

Mitchell Silberberg & Knupp LLP
1347640.1

STIPULATION

Exhibit 1
Page 6

1  WHEREAS, plaintiffs David Grisman and Craig Miller ("Plaintiffs") have served the First Amended Complaint on the defendants designated therein as UMG Recordings, Inc. and Universal Music & Video Distribution, Inc. (the "Universal Defendants");

WHEREAS, the Universal Defendants desire additional time to respond to the Complaint, and Plaintiffs have agreed as a courtesy to provide the Universal Defendants with such additional time;

Based on the foregoing and good cause existing therefor, Plaintiffs and the Universal Defendants, by and through their counsel, hereby stipulate and agree that the Universal Defendants shall have up to and including July 5, 2007, to respond to the First Amended Complaint.

IT IS SO STIPULATED.

Dated: June 4, 2007

JEFFREY L. GRAUBART
LAW OFFICES OF JEFFREY L. GRAUBART

BRIAN R. STRANGE
GRETCHEN CARPENTER
ANDREW SOKOLOWSKI
STRANGE & CARPENTER

By: _____
Brian R. Strange
Attorneys for Plaintiffs

Dated: June 4, 2007

RUSSELL J. FRACKMAN
JEFFREY D. GOLDMAN
MITCHELL SILBERBERG & KNUPP LLP

By: _____
Jeffrey D. Goldman
Attorneys for the Universal Defendants

Mitchell Silberberg & Knupp LLP
1347640.1

STIPULATION

Exhibit ___
Page ___

## [PROPOSED] ORDER

Based on the foregoing Stipulation of the parties, and good cause existing therefor,

IT IS ORDERED that the Universal Defendants shall have up to and including July 5, 2007, to respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated: June 5, 2007

_____
United States District Judge

Mitchell
Silberberg &
Knupp LLP
1347640.1

Exhibit 1
Page 8

2
STIPULATION

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On June 4, 2007, I served a copy of the foregoing document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** on the interested parties in this action at their last known address as set forth below by taking the action described below:

| | |
|---|---|
| Jeffrey L. Graubart, Esq.<br>Law Offices<br>350 W. Colorado Blvd., Suite 200<br>Pasadena, CA 91105-1855<br>(626) 304-2807 (fax) | Brian R. Strange, Esq.<br>Strange & Carpenter<br>12100 Wilshire Blvd., Suite 1900<br>Los Angeles, CA 90025<br>(310) 826-3210 (fax) |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |

☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with _____ in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction such service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 4, 2007, at Los Angeles, California.

*/s/ Kimberly Stewart*
Kimberly Stewart

Exhibit 1
Page 9

Mitchell Silberberg & Knupp LLP
1347640.1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On July 3, 2007, I served a copy of the foregoing document(s) described as **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT; DECLARATION OF ALEXA L. LEWIS** on the interested parties in this action at their last known address as set forth below by taking the action described below:

| | |
|---|---|
| Jeffrey L. Graubart, Esq.<br>Law Offices of Jeffrey L. Graubart<br>350 W. Colorado Blvd., Suite 200<br>Pasadena, CA 91105-1855<br>(626) 304-2807 (fax) | Brian R. Strange, Esq.<br>Strange & Carpenter<br>12100 Wilshire Blvd., Suite 1900<br>Los Angeles, CA 90025<br>(310) 826-3210 (fax) |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |
| Daniel S. Schecter, Esq.<br>Latham & Watkins LLP<br>633 W. Fifth St., Suite 4000<br>Los Angeles, CA 90071-2007 | Scott A. Edelman, Esq.<br>Gibson Dunn & Crutcher LLP<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026 |
| *Attorneys for Def. Apple Computer, Inc.* | *Attorneys for Defs. AOL Music, Buy.com, Microsoft, Napster, Real Networks, Wal-Mart.com, Warner Music, and Yahoo!* |

☒ **BY PLACING FOR COLLECTION AND MAILING:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and placed the envelope(s) for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 11377 West Olympic Boulevard, Los Angeles, California 90064-1683 in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction such service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 3, 2007, at Los Angeles, California.

*Kimberly Stewart*
Kimberly Stewart

Mitchell Silberberg & Knupp LLP

1423566.1