JEFFREY L. GRAUBART, CA Bar No. 42250
info@jlgraubart.com
LAW OFFICES OF JEFFREY L. GRAUBART
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

BRIAN R. STRANGE, CA Bar 103252
lacounsel@earthlink.net
GRETCHEN CARPENTER, CA Bar No. 180525
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UMG RECORDINGS, INC.; UNIVERSAL MUSIC & VIDEO DISTRIBUTION, CORP.; WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS UMG RECORDINGS, INC. AND UNIVERSAL MUSIC & VIDEO DISTRIBUTION, CORP.**<br><br>[Federal Rules of Civil Procedure, Rule 41(a)(1)(i)]<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date: Not set |

1

Notice of Voluntary Dismissal of Claims Against Defendants UMG Recordings,
Inc. and Universal Music & Video Distribution, Corp.

Dockets.Justia.com

TO ALL PARTIES AND TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs David Grisman and Craig Miller, individually and collectively, and doing business as Dawg Music, hereby voluntarily dismiss their claims against defendants UMG Recordings, Inc. and Universal Music & Video Distribution, Corp., without prejudice. This notice is being filed and served prior to service of an answer or motion for summary judgment by defendants UMG Recordings, Inc. and Universal Music & Video Distribution, Corp. Although this case is filed as a putative class action, no class has been certified, and court approval of this voluntarily dismissal of the claims against defendants UMG Recordings, Inc. and Universal Music & Video Distribution, Corp. is therefore not required under Rule 23(e)(1) of the Federal Rules of Civil Procedure.

Dated: July 13, 2007

Respectfully submitted,

STRANGE & CARPENTER

By: *Gretchen Carpenter*
Gretchen Carpenter
Attorneys for Plaintiffs

IT IS SO ORDERED
Dated JUL 19 2007

*Valerie Baker Fairbank*
United States District Judge

2

Notice of Voluntary Dismissal of Claims Against Defendants UMG Recordings, Inc. and Universal Music & Video Distribution, Corp.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; the address at my place of business is:
12100 Wilshire Blvd., Ste. 1900
Los Angeles, CA 90025

On July 16, 2007, I served the forgoing document, described as:
**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS UMG RECORDINGS, INC. AND UNIVERSAL MUSIC & VIDEO DISTRIBUTION, CORP.**
on the interested parties in this action
[ x ] **by placing** [ ] the original [ x ] a true copy thereof to in an envelope addressed as follows:

Scott A. Edelman, Esq.
Carol M. Silberberg, Esq.
Brenda Kleidosty, Esq.
Gibson Dunn & Crutcher LLP
2029 Century Park East, #4000
Los Angeles, California 90067
Tel: 310-552-8500
Fax: 310-552-7041
sedelman@gibsondunn.com
csilberberg@gibsondunn.com
bkleidosty@gibsondunn.com

Cynthia S. Arato, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
Tel: 212-351-4000
Fax: 212-351-4035
carato@gibsondunn.com

*Attorneys for Defendants Sony BMG Music Entertainment; Warner Music Group Corp.; AOL Music Now, LLC; Microsoft Corporation; Napster LLC; Real Networks Digital Music of California, Inc.; Wal-Mart.com USA, LLC; and Yahoo!Inc.*

Alexa L. Lewis, Esq.                    [Via Facsimile]
Mitchell Silberberg & Knupp LLP
11377 W. Olympic Blvd.
Los Angeles, California 90064
Tel: 310-312-2000
Fax: 310-312-3100
all@msk.com

*Attorney for Defendants UMG Recordings, Inc. and Universal Music & Video Distribution Corp.*

1 | Daniel Scott Schecter, Esq.
Colin Vandell, Esq.
2 | Latham & Watkins LLP
633 West Fifth Street, Suite 4000
3 | Los Angeles, California 90071
Tel: 213-485-1234
4 | Fax: 213-891-8763
daniel.schecter@lw.com
5 | colin.vandell@lw.com

6 | *Attorneys for Defendant Apple Computer, Inc.*

7

8 | Jeffrey L. Graubart, Esq.
LAW OFFICES OF JEFFREY L. GRAUBART
9 | 350 West Colorado Blvd., Suite 200
Pasadena, California 91105
10 | Tel: 626-304-2800
Fax: 626-304-2807
11 | info@jlgraubart.com

12 | *Co-Counsel for Plaintiffs*

13 | [ X ]  **VIA U.S. MAIL**

14 | [ X ]  **VIA FACSIMILE [As Indicated Only]**

15 | [  ]  I deposited such an envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

16

17 | [ X ]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

18

19

20 | [  ]  **BY PERSONAL SERVICE**

21 |   I delivered such envelope to the addressee by hand.
  Executed on July 16, 2007, at Los Angeles, California.

22

  [  ]  **(State)**   I declare under penalty of perjury under the laws of the State of
23 |           California that the above is true and correct.

24 | [ X ]  **(Federal)**   I declare that I am employed in the office of a member of the
           bar of this court at whose direction the service was made.

25

26 |                                                              Jill Hood

27

28

-2-