David Grisman et al v. UMG Recordings Inc et al                                                                Doc. 3

1  JEFFREY L. GRAUBART, CA Bar No. 42250
   info@jlgraubart.com
2  LAW OFFICES OF JEFFREY L. GRAUBART
   350 West Colorado Boulevard, Suite 200
3  Pasadena, California 91105-1855
   Telephone: (626) 304-2800
4  Facsimile: (626) 304-2807

5  BRIAN R. STRANGE, CA Bar 103252
   lacounsel@earthlink.net
6  GRETCHEN CARPENTER, CA Bar No. 180525
   gcarpenter@strangeandcarpenter.com
7  STRANGE & CARPENTER
   12100 Wilshire Blvd., Suite 1900
8  Los Angeles, California 90025
   Telephone:  (310) 207-5055
9  Facsimile:  (310) 826-3210

10  Attorneys for Plaintiffs

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
AUG - 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

11           **UNITED STATES DISTRICT COURT**

12        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13                  **WESTERN DIVISION**

14  DAVID GRISMAN and CRAIG          )  Case No.  CV 07 2921 VBF (MANx)
    MILLER, individually and collectively, )
15  and doing business as DAWG MUSIC, )  **CLASS ACTION**
    and on behalf of all those similarly  )
16  situated,                        )  **STIPULATION TO CONTINUE
                                      )  PLAINTIFFS' DEADLINE TO FILE**
17            Plaintiffs,            )  **MOTION FOR CLASS
                                      )  CERTIFICATION; [~~PROPOSED~~]**
18       vs.                         )  **ORDER**
                                      )
19  WARNER MUSIC GROUP CORP.;        )  Assigned to the Honorable Valerie
    APPLE COMPUTER, INC.;            )  Baker Fairbank, Courtroom 9
20  WAL-MART.COM USA, LLC;           )
    MICROSOFT CORPORATION; AOL       )  Action filed: May 3, 2007
21  MUSIC NOW, LLC; YAHOO!, INC.;    )  Trial date:   Not set
    NAPSTER, LLC; REALNETWORKS       )
22  DIGITAL MUSIC OF CALIFORNIA,     )
    INC.; BUY.COM, INC.; and DOES    )
23  ONE through TEN, inclusive,      )
                                      )
24            Defendants.            )
                                      )
25  ───────────────────────────────)

26

LODGED
CLERK U.S. DISTRICT COURT
JUL 3 1 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

27       WHEREAS, plaintiffs filed this case asserting class action allegations on

28  May 3, 2007;

DOCKETED ON CM
AUG - 2 2007
31
BY

                              1
─────────────────────────────────────────────────────────────
Stip. to Continue Deadline to File Motion for Class Certification; [Proposed] Order

Dockets.Justia.co

1    WHEREAS, plaintiffs filed a first amended complaint asserting class action

2  allegations on May 10, 2007;

3    WHEREAS, plaintiffs served the summons and first amended complaint on

4  defendants Apple Computer, Inc.; Wal-Mart.Com USA, LLC; Yahoo!, Inc.;

5  Napster, LLC; and Realnetworks Digital Music of California, Inc. on May 14,

6  2007;

7    WHEREAS, plaintiffs served the summons and first amended complaint on

8  defendants Microsoft Corporation and AOL Music Now, LLC on May 15, 2007;

9    WHEREAS, plaintiffs served the summons and first amended complaint on

10  defendant Buy.Com, Inc. on May 16, 2007;

11    WHEREAS, plaintiffs served the summons and first amended complaint on

12  defendant Warner Music Group Corp. on May 22, 2007;

13    WHEREAS, pursuant to stipulations of the parties and Orders of this Court,

14  defendants' responses to the first amended complaint are due on August 6, 2007;

15    WHEREAS, Local Rule 23-3 requires a plaintiff to file a motion for class

16  certification within 90 days after service of the pleading purporting to commence a

17  class action;

18    WHEREAS, under this local rule, plaintiffs' motion for class certification is

19  due by August 13, 2007;

20    WHEREAS, the parties have not yet appeared before the Court for a

21  scheduling conference in this action, and no scheduling conference has yet been

22  set;

23    WHEREAS, the parties have not yet held their Rule 26(f) meeting or

24  commenced discovery; and

25    WHEREAS, in light of the scheduling of this case, plaintiffs have requested,

26  and defendants have agreed, subject to court approval, to extend plaintiffs'

27  deadline to file a motion for class certification for approximately ninety days, until

28  November 13, 2007.

Stip. to Continue Deadline to File Motion for Class Certification; [Proposed] Order

1    THEREFORE, the parties stipulate that plaintiffs' deadline to file a motion

2 for class certification should be continued until November 13, 2007.

3                                    Respectfully Submitted,

4  Dated: July 31, 2007             STRANGE & CARPENTER

5                         By: _____

6                              Gretchen Carpenter
                              Attorneys for Plaintiffs

7  Dated. July 31, 2007             GIBSON DUNN & CRUTCHER

8

9                         By. _____

10                             Cynthia S. Arato
                              Attorneys for Defendants Warner Music Group
11                             Corp.; Wal-Mart.com USA LLC; Microsoft
                              Corporation; AOL Music Now LLC; Yahoo! Inc.;
12                             Napster LLC; Realnetworks Digital Music of
                              California, Inc.; and Buy.Com Inc.

13 Dated  July___, 2007             LATHAM & WATKINS

14

15                        By: _____
                              Daniel S. Schecter
16                             Colin Vandell
                              Attorneys for Defendant Apple Computer Inc.

17 **IT IS SO ORDERED.**

18 Dated  August 1, 2007           _Valerie Baker Fairbank_
                              Hon. Valerie Baker Fairbank
19                             United States District Court Judge

20

21

22

23

24

25

26

27

28

                                    3

1    THEREFORE, the parties stipulate that plaintiffs' deadline to file a motion

2  for class certification should be continued until November 13, 2007.

3                                      Respectfully Submitted,

4  Dated.  July ___, 2007              STRANGE & CARPENTER

5

6                            By: _____
                                 Gretchen Carpenter
7                                Attorneys for Plaintiffs

   Dated: July___, 2007              GIBSON DUNN & CRUTCHER
8

9                            By: _____
                                 Cynthia S. Arato
10                               Attorneys for Defendants Warner Music Group
                                 Corp.; Wal-Mart.com USA LLC; Microsoft
11                               Corporation; AOL Music Now LLC; Yahoo! Inc.;
                                 Napster LLC; Realnetworks Digital Music of
12                               California, Inc.; and Buy Com Inc.

13  Dated: July 20, 2007             LATHAM & WATKINS

14                           By: _____
15                               Daniel S. Schecter
                                 Colin Vandell
16                               Attorneys for Defendant Apple Computer Inc.

17  **IT IS SO ORDERED.**

18  Dated. _____, 2007

19                               _____
                                 Hon. Valerie Baker Fairbank
                                 United States District Court Judge
20

21

22

23

24

25

26

27

28

Stip. to Continue Deadline to File Motion for Class Certification; [Proposed] Order

1

<u>**PROOF OF SERVICE**</u>

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

       I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; the address at my place of business is:

4

12100 Wilshire Blvd., Ste. 1900
Los Angeles, CA 90025

5

      On July 31, 2007, I served the forgoing document, described as:

6

**STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER**
on the interested parties in this action

7

[ x ]  **by placing**  [  ]  the original  [ x ]  a true copy thereof to in an envelope addressed as follows:

8

9

Scott A. Edelman, Esq.
Carol M. Silberberg, Esq.
Brenda Kleidosty, Esq.

10

Gibson Dunn & Crutcher LLP
2029 Century Park East, #4000

11

Los Angeles, California 90067
Tel: 310-552-8500

12

Fax: 310-552-7041
sedelman@gibsondunn.com

13

csilberberg@gibsondunn.com
bkleidosty@gibsondunn.com

14

15

Cynthia S. Arato, Esq.
Gibson Dunn & Crutcher LLP

16

200 Park Avenue
New York, New York 10166-0193

17

Tel: 212-351-4000
Fax: 212-351-4035
carato@gibsondunn.com

18

19

*Attorneys for Defendants Sony BMG Music Entertainment; Warner Music Group*

20

*Corp.; AOL Music Now, LLC; Microsoft Corporation; Napster LLC; Real Networks Digital Music of California, Inc.; Wal-Mart.com USA, LLC; and Yahoo!Inc.*

21

22

Daniel Scott Schecter, Esq.
Colin Vandell, Esq.
Latham & Watkins LLP

23

633 West Fifth Street, Suite 4000
Los Angeles, California 90071

24

Tel: 213-485-1234
Fax: 213-891-8763

25

daniel.schecter@lw.com
colin.vandell@lw.com

26

*Attorneys for Defendant Apple Computer, Inc.*

27

28

1  Jeffrey L. Graubart, Esq.
   LAW OFFICES OF JEFFREY L. GRAUBART
2  350 West Colorado Blvd., Suite 200
   Pasadena, California 91105
3  Tel: 626-304-2800
   Fax: 626-304-2807
4  info@jlgraubart.com

5  *Co-Counsel for Plaintiffs*

6  [ X ]  **VIA U.S. MAIL**

7  [    ]  **VIA FACSIMILE**

8  [    ] I deposited such an envelope in the mail at Los Angeles, California.  The
   envelope was mailed with postage thereon fully prepaid.
9
   [ X ] As follows:  I am "readily familiar" with the firm's practice of collection and
10 processing correspondence for mailing.  Under that practice it would be deposited
   with U.S. postal service on that same day with postage thereon fully prepaid at Los
11 Angeles, California.  I am aware that on motion of party served, service is
   presumed invalid if postal cancellation date or postage meter date is more than one
12 day after date of deposit for mailing in affidavit.

13 [   ] **BY PERSONAL SERVICE**

14      I delivered such envelope to the addressee by hand.
        Executed on July 31, 2007, at Los Angeles, California.
15
   [   ] **(State)**       I declare under penalty of perjury under the laws of the State of
16                         California that the above is true and correct.

17 [ X ] **(Federal)**     I declare that I am employed in the office of a member of the
                           bar of this court at whose direction the service was made.
18
19                                                        Jill Hood
20
21
22
23
24
25
26
27
28

- 2 -