```
 1  JEFFREY L. GRAUBART, CA Bar No. 42250
    info@jlgraubart.com
 2  LAW OFFICES OF JEFFREY L. GRAUBART
    350 West Colorado Boulevard, Suite 200
 3  Pasadena, California 91105-1855
    Telephone: (626) 304-2800
 4  Facsimile: (626) 304-2807

 5  BRIAN R. STRANGE, CA Bar 103252
    lacounsel@earthlink.net
 6  GRETCHEN CARPENTER, CA Bar No. 180525
    gcarpenter@strangeandcarpenter.com
 7  STRANGE & CARPENTER
    12100 Wilshire Blvd., Suite 1900
 8  Los Angeles, California 90025
    Telephone: (310) 207-5055
 9  Facsimile: (310) 826-3210

10  Attorneys for Plaintiffs
```



FILED
CLERK, U.S. DISTRICT COURT
AUG - 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
2007 AUG -2 PM 3:57

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. CV 07-2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date: Not set |



DOCKETED ON CM
AUG - 7 2007
BY ___

1

Stip. to Cont. Defendants' Deadline to Respond to FAC; [Proposed] Order

1  WHEREAS, plaintiffs filed this case on May 3, 2007;

2  WHEREAS, plaintiffs filed a first amended complaint on May 10, 2007;

3  WHEREAS, pursuant to prior stipulations of the parties and Orders of this Court, defendants' responses to the first amended complaint are currently due on August 6, 2007;

4  WHEREAS, plaintiffs intend to seek leave of court to file a second amended complaint, whether by stipulation and proposed order (if defendants will so stipulate) or by noticed motion;

5  WHEREAS, plaintiffs are in the process of meeting and conferring with defendants about the proposed second amended complaint;

6  WHEREAS, plaintiffs anticipate that the proposed second amended complaint will add certain claims and parties and may also eliminate certain claims;

7  WHEREAS, in order to allow the parties time to continue the meet and confer process (including allowing defendants time to consider whether they will stipulate, subject to court approval, to the filing of the proposed second amended complaint), and in light of plaintiffs' intention to otherwise file a motion seeking leave to file a second amended complaint, the parties have agreed to extend defendants' time to respond to the first amended complaint for an additional 30 days, until September 5, 2007; and

8  WHEREAS, in light of the foregoing, good cause exists for this extension, as it would: (1) allow the parties additional time to meet and confer about the filing of the proposed second amended complaint, thereby potentially avoiding unnecessary motion practice; and (2) allow defendants to avoid expending time and expense in responding to the first amended complaint in the event that the Court permits the filing of a second amended complaint, which will include different or additional claims and parties.

///

1       THEREFORE, the parties respectfully request that this Court continue
2 defendants' deadlines to respond to the first amended complaint until September 5,
3 2007.

4                                   Respectfully Submitted,

5 Dated: August 1, 2007     STRANGE & CARPENTER

6
7                           By: _____
                                   Gretchen Carpenter
                                   Attorneys for Plaintiffs

8 Dated: August 2, 2007     GIBSON DUNN & CRUTCHER
9
10                          By: _____
                               Cynthia S. Arato
11                               Attorneys for Defendants Warner Music Group
                              Corp.; Wal-Mart.com USA LLC; Microsoft
12                               Corporation; AOL Music Now LLC; Yahoo! Inc.;
                              Napster LLC; Realnetworks Digital Music of
13                               California, Inc.; and Buy.Com Inc.

14 Dated: August 2, 2007     LATHAM & WATKINS
15
16                          By: _____
                               Daniel S. Schecter
                               Colin Vandell
17                               Attorneys for Defendant Apple Computer Inc.

18 **IT IS SO ORDERED.**
19 Dated: August 6, 2007    _____
20                                Hon. Valerie Baker Fairbank
                               United States District Court Judge

# CERTIFICATE OF SERVICE

I, Irma R. Guerra, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 2029 Century Park East, Suite 4000, Los Angeles, California 90067, in said County and State. On August 2, 2007, I served the following document(s):

**STIPULATION TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

**SEE ATTACHED SERVICE LIST**

☑  **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  **BY OVERNIGHT MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by overnight mail. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to the overnight mail service with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher LLP, that same day in the ordinary course of business.

☑  **BY ELECTRONIC MAIL:** On the above-mentioned date, I e-mailed the above-referenced document[s] to the person[s] at the e-mail address[s] indicated.

☐  **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐    **BY FACSIMILE**: From facsimile machine telephone number (310) 551-8741, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

☐    **(STATE)**     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑    **(FEDERAL)**     I declare under penalty of perjury that the foregoing is true and correct.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the foregoing document was printed on recycled paper. This Certificate of Service was executed by me on August 2, 2007, at Los Angeles, California.

_____
Irma R. Guerra

## SERVICE LIST

| | |
|---|---|
| Jeffrey L. Graubart<br>**Law Offices of Jeffrey L. Graubart**<br>350 West Colorado Boulevard<br>Suite 200<br>Pasadena, CA 91105-1855 | Attorneys for Plaintiffs<br><br>Telephone: (626) 304-2800<br>Facsimile: (626) 304-2807<br><br>info@jlgraubart.com |
| Brian R. Strange<br>Gretchen Carpenter<br>**Strange & Carpenter**<br>12100 Wilshire Boulevard<br>Suite 1900<br>Los Angeles, CA 90025 | Attorneys for Plaintiffs<br><br>Telephone: (310) 207-5055<br>Facsimile: (310) 826-3210<br><br>bstrange@strangeandcarpenter.com<br>gcarpenter@strangeandcarpenter.com |
| Daniel Scott Schecter<br>Colin Vandell<br>**Latham & Watkins LLP**<br>633 West Fifth Street<br>Suite 4000<br>Los Angeles, CA 90071 | Attorneys for Defendant<br>APPLE COMPUTER, INC.<br><br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br><br>daniel.schecter@lw.com<br>colin.vandell@lw.com |