```
1   JEFFREY L. GRAUBART, CA Bar No. 42250
2   info@jlgraubart.com
    LAW OFFICES OF JEFFREY L. GRAUBART
3   350 West Colorado Boulevard, Suite 200
    Pasadena, California 91105-1855
4   Telephone: (626) 304-2800
    Facsimile: (626) 304-2807
5
    BRIAN R. STRANGE, CA Bar 103252
6   lacounsel@earthlink.net
    GRETCHEN CARPENTER, CA Bar No. 180525
7   gcarpenter@strangeandcarpenter.com
    STRANGE & CARPENTER
8   12100 Wilshire Blvd., Suite 1900
    Los Angeles, California 90025
9   Telephone: (310) 207-5055
    Facsimile: (310) 826-3210
10
    Attorneys for Plaintiffs
11
12
13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA
15
16  DAVID GRISMAN and CRAIG MILLER,      Case No. CV 07-2921 VBF (MANx)
    individually and collectively, and doing
17  business as DAWG MUSIC, and on behalf CLASS ACTION
    of all those similarly situated
18                                        STIPULATION TO CONTINUE
          Plaintiffs,                     DEFENDANTS' DEADLINE TO
19                                        RESPOND TO FIRST AMENDED
       v.                                 COMPLAINT; [PROPOSED]
20                                        ORDER
    WARNER MUSIC GROUP CORP.;
21  APPLE COMPUTER, INC.;                 Assigned to the Honorable Valerie
    WAL-MART.COM USA, LLC;                Baker Fairbank, Courtroom 9
22  MICROSOFT CORPORATION; AOL
    MUSIC NOW, LLC; YAHOO!, INC.;         Action filed:  May 3, 2007
23  NAPSTER LLC; REALNETWORKS             Trial date:    Not set
    DIGITAL MUSIC OF CALIFORNIA, INC.;
24  BUY.COM, INC.; and DOES ONE through
    TEN, inclusive
25
          Defendants.
26
27
28
```



FILED
CLERK, U.S. DISTRICT COURT
SEP - 4 2007
CENTRAL DISTRICT OF CALIFORNIA
BY

Priority
Send      X
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only



DOCKETED ON CM
SEP - 5 2007
BY        002

WHEREAS, plaintiffs filed this case on May 3, 2007;

WHEREAS, plaintiffs filed a first amended complaint on May 10, 2007;

WHEREAS, pursuant to prior stipulations of the parties and Orders of this Court, defendants' responses to the first amended complaint are currently due on September 5, 2007;

WHEREAS, the parties previously informed the Court that plaintiffs intended to seek leave of court to file a second amended complaint, whether by stipulation and proposed order (if defendants will so stipulate) or by noticed motion;

WHEREAS, plaintiffs are still in the process of preparing a proposed second amended complaint, which plaintiffs anticipate presenting to defendants, and meeting and conferring with defendants about, shortly;

WHEREAS, plaintiffs anticipate that the proposed second amended complaint will add certain claims and parties and may also eliminate certain claims;

WHEREAS, in order to allow the parties time to continue the meet and confer process (including allowing defendants time to consider whether they will stipulate, subject to court approval, to the filing of the proposed second amended complaint), and in light of plaintiffs' intention to otherwise file a motion seeking leave to file a second amended complaint, the parties have agreed to extend defendants' time to respond to the first amended complaint for an additional 30 days, until October 5, 2007; and

WHEREAS, in light of the foregoing, good cause exists for this extension, as it would: (1) allow the parties additional time to meet and confer about the filing of the proposed second amended complaint, thereby potentially avoiding unnecessary motion practice; and (2) allow defendants to avoid expending time and expense in responding to the first amended complaint in the event that the

Court permits the filing of a second amended complaint, which will include different or additional claims and parties.

/ / /

THEREFORE, the parties respectfully request that this Court continue defendants' deadlines to respond to the first amended complaint until October 5, 2007.

Respectfully Submitted,

Dated: August ___, 2007                STRANGE & CARPENTER

By: _____
Gretchen Carpenter

Attorneys for Plaintiffs

Dated: August 30, 2007                 GIBSON DUNN & CRUTCHER

By: _____
Cynthia S. Arato

Attorneys for Defendants Warner Music Group Corp.; Wal-Mart.com USA LLC; Microsoft Corporation; AOL Music Now LLC; Yahoo! Inc.; Napster LLC; Realnetworks Digital Music of California, Inc.; and Buy.Com Inc.

Dated: August ___, 2007                LATHAM & WATKINS

By: _____
Daniel S. Schecter
Colin Vandell

Attorneys for Defendant Apple Computer Inc.

**IT IS SO ORDERED.**

Dated: Sep 4, 2007                    _____
Hon. Valerie Baker Fairbank
United States District Court Judge

Court permits the filing of a second amended complaint, which will include different or additional claims and parties.

///

THEREFORE, the parties respectfully request that this Court continue defendants' deadlines to respond to the first amended complaint until October 5, 2007.

Respectfully Submitted,

Dated: August 30, 2007           STRANGE & CARPENTER

By: /s/ Gretchen Carpenter
    Gretchen Carpenter

Attorneys for Plaintiffs

Dated: August ___, 2007          GIBSON DUNN & CRUTCHER

By: _____
    Cynthia S. Arato

Attorneys for Defendants Warner Music Group Corp.; Wal-Mart.com USA LLC; Microsoft Corporation; AOL Music Now LLC; Yahoo! Inc.; Napster LLC; Realnetworks Digital Music of California, Inc.; and Buy.Com Inc.

Dated: August ___, 2007          LATHAM & WATKINS

By: _____
    Daniel S. Schecter
    Colin Vandell

Attorneys for Defendant Apple Computer Inc.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
Hon. Valerie Baker Fairbank
United States District Court Judge

3

Court permits the filing of a second amended complaint, which will include different or additional claims and parties.

///

THEREFORE, the parties respectfully request that this Court continue defendants' deadlines to respond to the first amended complaint until October 5, 2007.

Respectfully Submitted,

Dated: August ___, 2007          STRANGE & CARPENTER

By: _____
Gretchen Carpenter

Attorneys for Plaintiffs

Dated: August ___, 2007          GIBSON DUNN & CRUTCHER

By: _____
Cynthia S. Arato

Attorneys for Defendants Warner Music Group Corp.; Wal-Mart.com USA LLC; Microsoft Corporation; AOL Music Now LLC; Yahoo! Inc.; Napster LLC; Realnetworks Digital Music of California, Inc.; and Buy.Com Inc.

Dated: August 29, 2007           LATHAM & WATKINS

By: _____
Daniel S. Schecter
Colin Vandell

Attorneys for Defendant Apple Computer Inc.

**IT IS SO ORDERED.**

Dated: _____, 2007

Hon. Valerie Baker Fairbank
United States District Court Judge

3

Stip. to Cont. Defendants' Deadline to Respond to FAC; [Proposed] Order

# CERTIFICATE OF SERVICE

I, Geri D. Hollins, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 2029 Century Park East, Suite 4000, Los Angeles, California 90067, in said County and State. On August 31, 2007, I served the following document(s):

**STIPULATION TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

**SEE ATTACHED SERVICE LIST**

☑ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by overnight mail. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to the overnight mail service with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher LLP, that same day in the ordinary course of business.

☑ **BY ELECTRONIC MAIL**: On the above-mentioned date, I e-mailed the above-referenced document[s] to the person[s] at the e-mail address[s] indicated.

☐ **BY PERSONAL SERVICE**: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐     **BY FACSIMILE**: From facsimile machine telephone number (310) 551-8741, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

☐   **(STATE)**     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑   **(FEDERAL)**     I declare under penalty of perjury that the foregoing is true and correct.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the foregoing document was printed on recycled paper. This Certificate of Service was executed by me on August 31, 2007, at Los Angeles, California.

*[signature]*
Geri D. Hollins

## SERVICE LIST

| | |
|---|---|
| Jeffrey L. Graubart<br>**Law Offices of Jeffrey L. Graubart**<br>350 West Colorado Boulevard<br>Suite 200<br>Pasadena, CA 91105-1855 | Attorneys for Plaintiffs<br><br>Telephone: (626) 304-2800<br>Facsimile: (626) 304-2807<br><br>info@jlgraubart.com |
| Brian R. Strange<br>Gretchen Carpenter<br>**Strange & Carpenter**<br>12100 Wilshire Boulevard<br>Suite 1900<br>Los Angeles, CA 90025 | Attorneys for Plaintiffs<br><br>Telephone: (310) 207-5055<br>Facsimile: (310) 826-3210<br><br>bstrange@strangeandcarpenter.com<br>lacounsel@earthlink.net<br>gcarpenter@strangeandcarpenter.com |
| Daniel Scott Schecter<br>Colin Vandell<br>**Latham & Watkins LLP**<br>633 West Fifth Street<br>Suite 4000<br>Los Angeles, CA 90071 | Attorneys for Defendant<br>APPLE COMPUTER, INC.<br><br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br><br>daniel.schecter@lw.com<br>colin.vandell@lw.com |