JEFFREY L. GRAUBART, CA Bar No. 42250
info@jlgraubart.com
LAW OFFICES OF JEFFREY L. GRAUBART
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

BRIAN R. STRANGE, CA Bar 103252
lacounsel@earthlink.net
GRETCHEN CARPENTER, CA Bar No. 180525
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date: Not set |

1

Stip. to Cont. Defendants' Deadline to Respond to FAC; [Proposed] Order

Dockets.Justia.com

WHEREAS, plaintiffs filed this case on May 3, 2007;

WHEREAS, plaintiffs filed a first amended complaint on May 10, 2007;

WHEREAS, pursuant to prior stipulations of the parties and Orders of this Court, defendants' responses to the first amended complaint are currently due on October 5, 2007;

WHEREAS, plaintiffs intend to seek leave of court to file a second amended complaint, whether by stipulation and proposed order (if defendants will so stipulate) or by noticed motion;

WHEREAS, plaintiffs are in the process of preparing the proposed second amended complaint, which plaintiffs anticipate will add certain claims and parties and may also eliminate certain claims;

WHEREAS, plaintiffs expect the proposed second amended complaint to be completed early in the week of October 1, 2007, at which time plaintiffs intend to renew the meet and confer process with defendants;

WHEREAS, in order to allow plaintiffs a short additional time to complete the proposed second amended complaint and in order to then allow the parties time to continue the meet and confer process (including allowing defendants time to consider whether they will stipulate, subject to court approval, to the filing of the proposed second amended complaint), and in light of plaintiffs' intention to otherwise file a motion seeking leave to file a second amended complaint, the parties have agreed to extend defendants' time to respond to the first amended complaint for an additional 30 days, until November 5, 2007; and

WHEREAS, in light of the foregoing, good cause exists for this extension, as it would: (1) allow plaintiffs a short additional time to complete the proposed second amended complaint; (2) allow the parties additional time to meet and confer about the filing of the proposed second amended complaint, thereby potentially avoiding unnecessary motion practice; and (3) allow defendants to avoid expending time and expense in responding to the first amended complaint in the

event that the Court permits the filing of a second amended complaint, which will include different or additional claims and parties.

THEREFORE, the parties respectfully request that this Court continue defendants' deadlines to respond to the first amended complaint until November 5, 2007.

Respectfully Submitted,

Dated: September 28, 2007    STRANGE & CARPENTER

By: _____
Gretchen Carpenter
Attorneys for Plaintiffs

Dated: September 28, 2007    GIBSON DUNN & CRUTCHER

By: _____
Cynthia S. Arato
Attorneys for Defendants Warner Music Group Corp.; Wal-Mart.com USA LLC; Microsoft Corporation; AOL Music Now LLC; Yahoo! Inc.; Napster LLC; Realnetworks Digital Music of California, Inc.; and Buy.Com Inc

Dated: September ___, 2007    LATHAM & WATKINS

By: _____
Daniel S. Schecter
Colin Vandell
Attorneys for Defendant Apple Computer Inc.

**IT IS SO ORDERED.**

Dated: Oct 2, 2007    _____
Hon. Valerie Baker Fairbank
United States District Court Judge

event that the Court permits the filing of a second amended complaint, which will include different or additional claims and parties.

THEREFORE, the parties respectfully request that this Court continue defendants' deadlines to respond to the first amended complaint until November 5, 2007.

Respectfully Submitted,

Dated: September ___, 2007    STRANGE & CARPENTER

By: _____
Gretchen Carpenter
Attorneys for Plaintiffs

Dated: September ___, 2007    GIBSON DUNN & CRUTCHER

By: _____
Cynthia S. Arato
Attorneys for Defendants Warner Music Group Corp.; Wal-Mart.com USA LLC; Microsoft Corporation; AOL Music Now LLC; Yahoo! Inc.; Napster LLC; Realnetworks Digital Music of California, Inc.; and Buy.Com Inc.

Dated: ~~September~~ October 1, 2007    LATHAM & WATKINS

By: _____/s/_____
Daniel S. Schecter
Colin Vandell
Attorneys for Defendant Apple Computer Inc.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
Hon. Valerie Baker Fairbank
United States District Court Judge

3
Stip. to Cont. Defendants' Deadline to Respond to FAC; [Proposed] Order

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; the address at my place of business is:
12100 Wilshire Blvd., Ste. 1900
Los Angeles, CA 90025

On October 1, 2007, I served the forgoing document, described as:
**STIPULATION TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**
on the interested parties in this action
[ x ] **by placing** [ ] the original [ x ] a true copy thereof to in an envelope addressed as follows:

Scott A. Edelman, Esq.
Carol M. Silberberg, Esq.
Brenda Kleidosty, Esq.
Gibson Dunn & Crutcher LLP
2029 Century Park East, #4000
Los Angeles, California 90067
Tel: 310-552-8500
Fax: 310-552-7041
sedelman@gibsondunn.com
csilberberg@gibsondunn.com
bkleidosty@gibsondunn.com

Cynthia S. Arato, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
Tel: 212-351-4000
Fax: 212-351-4035
carato@gibsondunn.com

*Attorneys for Defendants Warner Music Group Corp.; AOL Music Now, LLC; Buy.com, Inc.; Microsoft Corporation; Napster LLC; Real Networks Digital Music of California, Inc.; Wal-Mart.com USA, LLC; and Yahoo!Inc.*

Daniel Scott Schecter, Esq.
Colin Vandell, Esq.
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
Tel: 213-485-1234
Fax: 213-891-8763
daniel.schecter@lw.com
colin.vandell@lw.com

*Attorneys for Defendant Apple Computer, Inc.*

1  Jeffrey L. Graubart, Esq.
   LAW OFFICES OF JEFFREY L. GRAUBART
2  350 West Colorado Blvd., Suite 200
   Pasadena, California 91105
3  Tel: 626-304-2800
   Fax: 626-304-2807
4  info@jlgraubart.com

5  *Co-Counsel for Plaintiffs*

6  [ X ]  **VIA U.S. MAIL**

7  [   ]  **VIA FACSIMILE**

8  [   ] I deposited such an envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

9  
10 [ X ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los
11 Angeles, California. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one
12 day after date of deposit for mailing in affidavit.

13 [   ]  **BY PERSONAL SERVICE**

14         I delivered such envelope to the addressee by hand.
           Executed on October 1, 2007, at Los Angeles, California.
15
   [   ] **(State)**      I declare under penalty of perjury under the laws of the State of
16                        California that the above is true and correct.

17 [ X ] **(Federal)**    I declare that I am employed in the office of a member of the
                          bar of this court at whose direction the service was made.
18
19                                                        Jill Hood
20
21
22
23
24
25
26
27
28

- 2 -