JEFFREY L. GRAUBART, CA Bar No. 42250
info@jlgraubart.com
LAW OFFICES OF JEFFREY L. GRAUBART
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

BRIAN R. STRANGE, CA Bar 103252
lacounsel@earthlink.net
GRETCHEN CARPENTER, CA Bar No. 18052
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Attorneys for Plaintiffs

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
NOV - 1 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter          ✗
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date:   Not set |

WHEREAS, plaintiffs filed this case asserting class action allegations on May 3, 2007;

1

Stip. to Continue Deadline to File Motion for Class Certification; [Proposed] Order

1  WHEREAS, plaintiffs filed a first amended complaint asserting class action
2  allegations on May 10, 2007;
3  WHEREAS, plaintiffs served the summons and first amended complaint on
4  defendants Apple Computer, Inc.; Wal-Mart.Com USA, LLC; Yahoo!, Inc.;
5  Napster, LLC; and Realnetworks Digital Music of California, Inc. on May 14,
6  2007;
7  WHEREAS, plaintiffs served the summons and first amended complaint on
8  defendants Microsoft Corporation and AOL Music Now, LLC on May 15, 2007;
9  WHEREAS, plaintiffs served the summons and first amended complaint on
10  defendant Buy.Com, Inc. on May 16, 2007;
11  WHEREAS, plaintiffs served the summons and first amended complaint on
12  defendant Warner Music Group Corp. on May 22, 2007;
13  WHEREAS, pursuant to stipulations of the parties and Orders of this Court,
14  defendants' responses to the first amended complaint are currently due on
15  November 5, 2007;
16  WHEREAS, Local Rule 23-3 requires a plaintiff to file a motion for class
17  certification within 90 days after service of the pleading purporting to commence a
18  class action;
19  WHEREAS, under this local rule, plaintiffs' motion for class certification
20  was originally due by August 13, 2007;
21  WHEREAS, the parties previously stipulated, and this Court ordered, that
22  plaintiffs' deadline to file their motion for class certification be continued to
23  November 13, 2007;
24  WHEREAS, plaintiffs intend to seek leave of court to file a second amended
25  complaint, whether by stipulation and proposed order (if defendants will so
26  stipulate) or by noticed motion;
27  WHEREAS, on October 2, 2007, plaintiffs sent a draft of the proposed
28  second amended complaint to defendants for consideration as to whether they will

1  stipulate, subject to court approval, to its filing;
2     WHEREAS, the parties have not completed the meet and confer process
3  with respect to the second amended complaint;
4     WHEREAS, the parties have also not yet appeared before the Court for a
5  scheduling conference, nor have they held their Rule 26(f) meeting or commenced
6  discovery; and
7     WHEREAS, in light of the scheduling of this case, plaintiffs have requested,
8  and defendants have agreed, subject to court approval, to extend plaintiffs'
9  deadline to file a motion for class certification for approximately ninety additional
10 days, until February 11, 2008.
11    THEREFORE, the parties stipulate that plaintiffs' deadline to file a motion
12 for class certification should be continued until February 11, 2008.

Respectfully Submitted,

Dated: October 26, 2007        STRANGE & CARPENTER
                               By: _____
                                   Gretchen Carpenter
                                   Attorneys for Plaintiffs

Dated: October 26, 2007        GIBSON DUNN & CRUTCHER
                               By: _____
                                   Cynthia S. Arato
                                   Attorneys for Defendants Warner Music Group
                                   Corp.; Wal-Mart.com USA LLC; Microsoft
                                   Corporation; AOL Music Now LLC; Yahoo! Inc.;
                                   Napster LLC; Realnetworks Digital Music of
                                   California, Inc.; and Buy.Com Inc.

Dated: October ___, 2007       LATHAM & WATKINS
                               By: _____
                                   Daniel S. Schecter
                                   Colin Vandell
                                   Attorneys for Defendant Apple Computer Inc.

**IT IS SO ORDERED.**

Dated: Oct 31, 2007            _____
                               Hon. Valerie Baker Fairbank
                               United States District Court Judge

1 stipulate, subject to court approval, to its filing;

2 WHEREAS, the parties have not completed the meet and confer process
3 with respect to the second amended complaint;

4 WHEREAS, the parties have also not yet appeared before the Court for a
5 scheduling conference, nor have they held their Rule 26(f) meeting or commenced
6 discovery; and

7 WHEREAS, in light of the scheduling of this case, plaintiffs have requested,
8 and defendants have agreed, subject to court approval, to extend plaintiffs'
9 deadline to file a motion for class certification for approximately ninety additional
10 days, until February 11, 2008.

11 THEREFORE, the parties stipulate that plaintiffs' deadline to file a motion
12 for class certification should be continued until February 11, 2008.

13 Respectfully Submitted,

14 Dated: October ___, 2007    STRANGE & CARPENTER

15 By: _____
16 Gretchen Carpenter
   Attorneys for Plaintiffs

17 Dated: October ___, 2007    GIBSON DUNN & CRUTCHER

18 By: _____
19 Cynthia S. Arato
   Attorneys for Defendants Warner Music Group
20 Corp.; Wal-Mart.com USA LLC; Microsoft
   Corporation; AOL Music Now LLC; Yahoo! Inc.;
21 Napster LLC; Realnetworks Digital Music of
   California, Inc.; and Buy.Com Inc.

22 Dated: October 30, 2007     LATHAM & WATKINS

23 By: _____
24 Daniel S. Schecter
   Colin Vandell
25 Attorneys for Defendant Apple Computer Inc.

IT IS SO ORDERED.
26
   Dated: _____, 2007
27
                              _____
28                            Hon. Valerie Baker Fairbank
                              United States District Court Judge

3
Stip. to Continue Deadline to File Motion for Class Certification; [Proposed] Order

|   |   |
|---|---|
| 1 | **<u>PROOF OF SERVICE</u>** |
| 2 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |

      I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; the address at my place of business is:
12100 Wilshire Blvd., Ste. 1900
Los Angeles, CA 90025

On October 31, 2007, I served the forgoing document, described as:
**STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER**
on the interested parties in this action
[ x ] **by placing**  [ ] the original  [ x ] a true copy thereof to in an envelope addressed as follows:

Scott A. Edelman, Esq.
Carol M. Silberberg, Esq.
Brenda Kleidosty, Esq.
Gibson Dunn & Crutcher LLP
2029 Century Park East, #4000
Los Angeles, California 90067
Tel: 310-552-8500
Fax: 310-552-7041
sedelman@gibsondunn.com
csilberberg@gibsondunn.com
bkleidosty@gibsondunn.com

Cynthia S. Arato, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
Tel: 212-351-4000
Fax: 212-351-4035
carato@gibsondunn.com

*Attorneys for Defendants Warner Music Group Corp.; AOL Music Now, LLC; Buy.com, Inc.; Microsoft Corporation; Napster LLC; Real Networks Digital Music of California, Inc.; and Yahoo!Inc.*

Andrew Leibnitz, Esq.
Eugene Y. Mar, Esq.
Farella Braum Martel LLP
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Andrew Leibnitz Tel: 415-954-4932
aleibnitz@fbm.com
Eugene Mar Tel: 415-954-4927
emar@fbm.com
Fax: 415-954-4480

*Attorneys for Defendant Wal-Mart.com USA, LLC;*

1  Daniel Scott Schecter, Esq.
   Colin Vandell, Esq.
2  Latham & Watkins LLP
   633 West Fifth Street, Suite 4000
3  Los Angeles, California 90071
   Tel: 213-485-1234
4  Fax: 213-891-8763
   daniel.schecter@lw.com
5  colin.vandell@lw.com

6  Attorneys for Defendant Apple Computer, Inc.

7

   Jeffrey L. Graubart, Esq.
8  LAW OFFICES OF JEFFREY L. GRAUBART
   350 West Colorado Blvd., Suite 200
9  Pasadena, California 91105
   Tel: 626-304-2800
10 Fax: 626-304-2807
   info@jlgraubart.com
11
   Co-Counsel for Plaintiffs
12
   [ X ]  VIA U.S. MAIL
13
   [   ]  VIA FACSIMILE
14
   [   ] I deposited such an envelope in the mail at Los Angeles, California. The
15 envelope was mailed with postage thereon fully prepaid.

16 [ X ] As follows: I am "readily familiar" with the firm's practice of collection and
   processing correspondence for mailing. Under that practice it would be deposited
17 with U.S. postal service on that same day with postage thereon fully prepaid at Los
   Angeles, California. I am aware that on motion of party served, service is
18 presumed invalid if postal cancellation date or postage meter date is more than one
   day after date of deposit for mailing in affidavit.
19
   [   ] **BY PERSONAL SERVICE**
20
        I delivered such envelope to the addressee by hand.
21      Executed on October 31, 2007, at Los Angeles, California.

22 [   ] **(State)**      I declare under penalty of perjury under the laws of the State of
                          California that the above is true and correct.
23
   [ X ] **(Federal)**    I declare that I am employed in the office of a member of the
24                        bar of this court at whose direction the service was made.

25                                                    /s/ Jill Hood
                                                      Jill Hood
26

27

28

- 2 -