JEFFREY L. GRAUBART, CA Bar No. 42250
info@jlgraubart.com
LAW OFFICES OF JEFFREY L. GRAUBART
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

BRIAN R. STRANGE, CA Bar 103252
lacounsel@earthlink.net
GRETCHEN CARPENTER, CA Bar No. 180525
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date:   Not set |

1

Stipulation to Continue Defendants' Deadline to Respond to FAC

1  WHEREAS, plaintiffs filed this case on May 3, 2007;

2  WHEREAS, plaintiffs filed a first amended complaint on May 10, 2007;

3  WHEREAS, pursuant to prior stipulations of the parties and Orders of this Court, defendants' responses to the first amended complaint are currently due on November 5, 2007;

6  WHEREAS, plaintiffs intend to file a motion seeking leave to file a second amended complaint, which will include different and additional claims and parties;

8  WHEREAS, in light of plaintiffs' intention to file a motion seeking leave to file a second amended complaint, the parties have agreed to extend defendants' time to respond to the first amended complaint until December 24, 2007; and

11 WHEREAS, in light of the foregoing, good cause exists for this extension, as it would allow defendants to avoid expending time and expense in responding to the first amended complaint in the event that the Court permits the filing of a second amended complaint, which will include different or additional claims and parties.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  THEREFORE, the parties respectfully request that this Court continue
2  defendants' deadlines to respond to the first amended complaint until December
3  24, 2007.

4                                    Respectfully Submitted,

5  Dated: November 2, 2007           STRANGE & CARPENTER

6
7                          By: _____
                               Gretchen Carpenter
                               Attorneys for Plaintiffs
8
   Dated: November ___, 2007         GIBSON DUNN & CRUTCHER
9

10                         By: _____
                               Cynthia S. Arato
11                             Attorneys for Defendants Warner Music Group
                               Corp.; Wal-Mart.com USA LLC; Microsoft
12                             Corporation; AOL Music Now LLC; Yahoo! Inc.;
                               Napster LLC; Realnetworks Digital Music of
13                             California, Inc.; and Buy.Com Inc.

14 Dated: November ___, 2007         LATHAM & WATKINS

15
                           By: _____
16                             Daniel S. Schecter
                               Colin Vandell
17                             Attorneys for Defendant Apple Computer Inc.

18
19
20
21
22
23
24
25
26
27
28

1 THEREFORE, the parties respectfully request that this Court continue defendants' deadlines to respond to the first amended complaint until December 24, 2007.

Respectfully Submitted,

Dated: November ___, 2007    STRANGE & CARPENTER

By: _____
Gretchen Carpenter
Attorneys for Plaintiffs

Dated: November 2, 2007    GIBSON DUNN & CRUTCHER

By: _____
Cynthia S. Arato
Attorneys for Defendants Warner Music Group Corp.; Wal-Mart.com USA LLC; Microsoft Corporation; AOL Music Now LLC; Yahoo! Inc.; Napster LLC; Realnetworks Digital Music of California, Inc.; and Buy.Com Inc.

Dated: November ___, 2007    LATHAM & WATKINS

By: _____
Daniel S. Schecter
Colin Vandell
Attorneys for Defendant Apple Computer Inc.

THEREFORE, the parties respectfully request that this Court continue defendants' deadlines to respond to the first amended complaint until December 24, 2007.

Respectfully Submitted,

Dated: November ___, 2007    STRANGE & CARPENTER

By: _____
Gretchen Carpenter
Attorneys for Plaintiffs

Dated: November ___, 2007    GIBSON DUNN & CRUTCHER

By: _____
Cynthia S. Arato
Attorneys for Defendants Warner Music Group Corp.; Wal-Mart.com USA LLC; Microsoft Corporation; AOL Music Now LLC; Yahoo! Inc.; Napster LLC; Realnetworks Digital Music of California, Inc.; and Buy.Com Inc.

Dated: November 2, 2007    LATHAM & WATKINS

By: _____
Daniel S. Schecter
Colin Vandell
Attorneys for Defendant Apple Computer Inc.