JEFFREY L. GRAUBART, CA Bar No. 42250
info@jlgraubart.com
LAW OFFICES OF JEFFREY L. GRAUBART
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

BRIAN R. STRANGE, CA Bar 103252
lacounsel@earthlink.net
GRETCHEN CARPENTER, CA Bar No. 180525
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF GRETCHEN CARPENTER IN SUPPORT OF STIPULATION TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date: Not set |

1

Carpenter Decl. in Supp. of Stip. to Cont. Defs' Deadline to Respond to FAC

I, Gretchen Carpenter, declare:

1. I am an attorney licensed to practice before this Court. I am a partner of Strange & Carpenter, co-counsel for plaintiffs in this case. I make this declaration of my own personal knowledge, and if called to testify, I could and would competently testify hereto under oath.

2. Plaintiffs filed this case on May 3, 2007, and filed a first amended complaint on May 10, 2007.

3. Pursuant to prior stipulations of the parties and Orders of this Court, defendants' responses to the first amended complaint are currently due on November 5, 2007.

4. We intend to file a motion seeking leave to file a second amended complaint, which will include different and additional claims and parties.

5. In light of plaintiffs' intention to file a motion seeking leave to file a second amended complaint, the parties have agreed to extend defendants' time to respond to the first amended complaint until December 24, 2007.

6. In light of the foregoing, good cause exists for this extension, as it would allow defendants to avoid expending time and expense in responding to the first amended complaint in the event that the Court permits the filing of a second amended complaint, which will include different or additional claims and parties.

Executed this 31st day of October, 2007, at Los Angeles, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Gretchen Carpenter

Carpenter Decl. in Supp. of Stip. to Cont. Defs' Deadline to Respond to FAC