```
 1  JEFFREY L. GRAUBART, CA Bar No. 42250
    info@jlgraubart.com
 2  LAW OFFICES OF JEFFREY L. GRAUBART
    350 West Colorado Boulevard, Suite 200
 3  Pasadena, California 91105-1855
    Telephone: (626) 304-2800
 4  Facsimile: (626) 304-2807

 5  BRIAN R. STRANGE, CA Bar 103252
    lacounsel@earthlink.net
 6  GRETCHEN CARPENTER, CA Bar No. 180525
    gcarpenter@strangeandcarpenter.com
 7  STRANGE & CARPENTER
    12100 Wilshire Blvd., Suite 1900
 8  Los Angeles, California 90025
    Telephone:  (310) 207-5055
 9  Facsimile:  (310) 826-3210

10  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>　　　　Defendants. | Case No.  CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date:   Not set |

1

[Proposed] Order Extending Defendants' Deadline to Respond to FAC

Dockets.Justia.com

1  |  The parties have submitted a Stipulation to Continue Defendants' Deadline
2  |  to Respond to First Amended Complaint, requesting that the deadline be extended
3  |  until December 24, 2007. Having considered the parties' stipulation, and good
4  |  cause appearing, **IT IS HEREBY ORDERED** that the Defendants' deadline to
5  |  respond to the first amended complaint is continued until December 24, 2007.

Dated: _____, 2007          _____
                                              Hon. Valerie Baker Fairbank
                                              United States District Court Judge

[Proposed] Order Extending Defendants' Deadline to Respond to FAC