1  JEFFREY L. GRAUBART, CA Bar No. 42250
   info@jlgraubart.com
2  LAW OFFICES OF JEFFREY L. GRAUBART
   350 West Colorado Boulevard, Suite 200
3  Pasadena, California 91105-1855
   Telephone: (626) 304-2800
4  Facsimile: (626) 304-2807

5  BRIAN R. STRANGE, CA Bar 103252
   lacounsel@earthlink.net
6  GRETCHEN CARPENTER, CA Bar No. 180525
   gcarpenter@strangeandcarpenter.com
7  STRANGE & CARPENTER
   12100 Wilshire Blvd., Suite 1900
8  Los Angeles, California 90025
   Telephone: (310) 207-5055
9  Facsimile: (310) 826-3210

10 Attorneys for Plaintiffs

12            UNITED STATES DISTRICT COURT
13         FOR THE CENTRAL DISTRICT OF CALIFORNIA
14                    WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>　　　　Defendants. | Case No. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date: Not set |

1
Proof of Service

Dockets.Justia.com

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; the address at my place of business is:
12100 Wilshire Blvd., Ste. 1900
Los Angeles, CA 90025

On November 2, 2007, I served the forgoing document, described as:
1. STIPULATION TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT
2. DECLARATION OF GRETCHEN CARPENTER IN SUPPORT OF STIPULATION TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT
3. [PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT
on the interested parties in this action
[ x ]  **by placing**  [ ]  the original  [ x ]  a true copy thereof to in an envelope addressed as follows:

Scott A. Edelman, Esq.
Carol M. Silberberg, Esq.
Brenda Kleidosty, Esq.
Gibson Dunn & Crutcher LLP
2029 Century Park East, #4000
Los Angeles, California 90067
Tel: 310-552-8500
Fax: 310-552-7041
sedelman@gibsondunn.com
csilberberg@gibsondunn.com
bkleidosty@gibsondunn.com

*Attorneys for Defendants Warner Music Group Corp.; AOL Music Now, LLC; Buy.com, Inc.; Microsoft Corporation; Napster LLC; Real Networks Digital Music of California, Inc.; and Yahoo!Inc.*

Daniel Scott Schecter, Esq.
Colin Vandell, Esq.
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
Tel: 213-485-1234
Fax: 213-891-8763
daniel.schecter@lw.com
colin.vandell@lw.com

*Attorneys for Defendant Apple Computer, Inc.*

[ X ]  VIA U.S. MAIL

[ ] I deposited such an envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[ X ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited

- 2 -

with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ] BY PERSONAL SERVICE**

    I delivered such envelope to the addressee by hand.
Executed on November 2, 2007, at Los Angeles, California.

[ ] **(State)**     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ] **(Federal)**     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Jill Hood