1  JEFFREY L. GRAUBART, CA Bar No. 42250
   info@jlgraubart.com
2  LAW OFFICES OF JEFFREY L. GRAUBART
   350 West Colorado Boulevard, Suite 200
3  Pasadena, California 91105-1855
   Telephone: (626) 304-2800
4  Facsimile: (626) 304-2807

5  BRIAN R. STRANGE, CA Bar 103252
   lacounsel@earthlink.net
6  GRETCHEN CARPENTER, CA Bar No. 180525
   gcarpenter@strangeandcarpenter.com
7  STRANGE & CARPENTER
   12100 Wilshire Blvd., Suite 1900
8  Los Angeles, California 90025
   Telephone:  (310) 207-5055
9  Facsimile:  (310) 826-3210

10 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No.  CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date:    Not set |

1

[Proposed] Order Extending Defendants' Deadline to Respond to FAC

1  The parties have submitted a Stipulation to Continue Defendants' Deadline
2  to Respond to First Amended Complaint, requesting that the deadline be extended
3  until December 24, 2007.  Having considered the parties' stipulation, and good
4  cause appearing, **IT IS HEREBY ORDERED** that the Defendants' deadline to
5  respond to the first amended complaint is continued until December 24, 2007.

Dated: November 2, 2007  _____

*Valerie Baker Fairbank*
Hon. Valerie Baker Fairbank
United States District Court Judge