JEFFREY L. GRAUBART, SBN 42250,
infor@jlgraubart.com
LAW OFFICES OF JEFFREY L. GRAUBART
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

BRIAN R. STRANGE, SBN 103252,
lacounsel@earthlink.net
GRETCHEN CARPENTER, SBN 180525,
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd. Suite 1900
Los Angeles, California 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO! INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC. and DOES ONE through TEN, inclusive,<br><br>Defendants. | CASE NO. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed:  May 3, 2007<br>Trial date:  Not set |

1  WHEREAS, plaintiffs filed this case on May 3, 2007;

2  WHEREAS, plaintiffs filed a first amended complaint on May 10, 2007;

3  WHEREAS, pursuant to prior stipulations of the parties and Orders of this
4  Court, defendants' responses to the first amended complaint are currently due on
5  December 24, 2007;

6  WHEREAS, plaintiffs intend to file on January 2, 2008 a motion seeking leave
7  to file a second amended complaint, which will include different and additional claims
8  and parties;

9  WHEREAS, plaintiffs intend to notice their motion to be heard on February 4,
10  2008.

11  WHEREAS, in light of plaintiffs' intention to file a motion seeking leave to file
12  a second amended complaint, the parties have agreed to extend defendants' time to
13  respond to the first amended complaint until February 4, 2008; and

14  WHEREAS, in light of the foregoing, good cause exists for this extension, as it
15  would allow defendants to avoid expending time and expense in responding to the
16  first amended complaint in the event that the Court permits the filing of a second
17  amended complaint, which will include different or additional claims and parties.

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

THEREFORE, the parties respectfully request that this Court continue defendants' deadlines to respond to the first amended complaint until February 4, 2008.

Dated: December 21, 2007

Respectfully submitted,

STRANGE & CARPENTER

By: _____
Gretchen Carpenter

Attorneys for Plaintiffs

Dated: December 21, 2007

GIBSON, DUNN & CRUTCHER LLP

By: _____
Cynthia S. Arato

Attorneys for Defendants Warner Music Group Corp.; Wal-Mart.com USA LLC; Microsoft Corporation; AOL Music Now LLC; Yahoo! Inc.; Napster LLC; Realnetworks Digital Music of California, Inc.; and Buy.Com Inc.

Dated: December 21, 2007

LATHAM & WATKINS

By: _____
Daniel S. Schecter
Colin Vandell

Attorneys for Defendant Apple Computer Inc.

THEREFORE, the parties respectfully request that this Court continue defendants' deadlines to respond to the first amended complaint until February 4, 2008.

Dated: December 21, 2007

Respectfully submitted,

STRANGE & CARPENTER

By: _____
Gretchen Carpenter

Attorneys for Plaintiffs

Dated: December 21, 2007

GIBSON, DUNN & CRUTCHER LLP

By: _____
Cynthia S. Arato

Attorneys for Defendants Warner Music Group Corp.; Wal-Mart.com USA LLC; Microsoft Corporation; AOL Music Now LLC; Yahoo! Inc.; Napster LLC; Realnetworks Digital Music of California, Inc.; and Buy.Com Inc.

Dated: December 21, 2007

LATHAM & WATKINS

By: _____
Daniel S. Schecter
Colin Vandell

Attorneys for Defendant Apple Computer Inc.