JEFFREY L. GRAUBART, SBN 42250,
infor@jlgraubart.com
LAW OFFICES OF JEFFREY L. GRAUBART
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

BRIAN R. STRANGE, SBN 103252,
lacounsel@earthlink.net
GRETCHEN CARPENTER, SBN 180525,
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd. Suite 1900
Los Angeles, California 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO! INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC. and DOES ONE through TEN, inclusive,<br><br>Defendants. | CASE NO. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date: Not set |

Gibson, Dunn & Crutcher LLP

[Proposed] Order Extending Defendants' Deadline to Respond to FAC

    The parties have submitted a Stipulation to Continue Defendants' Deadline to Respond to First Amended Complaint, requesting that the deadline be extended until February 4, 2008. Having considered the parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that the Defendants' deadline to respond to the first amended complaint is continued until February 4, 2008.

Dated: December __, 2007

                                                                                     Hon. Valerie Baker Fairbank
                                                                                    United States District Court Judge

100359767_1.DOC