Jeffrey L. Graubart (State Bar # 42250)
info@jlgraubart.com
Law Offices of Jeffrey L. Graubart
350 W. Colorado Blvd., Suite 200
Pasadena, CA  91105
Telephone:  (626) 304-2800
Facsimile:  (626) 304-2807

Brian R. Strange (State Bar # 103252)
lacounsel@earthlink.net
Gretchen Carpenter (State Bar # 180525)
gcarpenter@strangeandcarpenter.com
Strange & Carpenter
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA  90025
Telephone:  (310) 207-5055
Facsimile:   (310) 826-3210

Attorneys for Plaintiffs

Andrew Leibnitz (State Bar # 184723)
aleibnitz@fbm.com
Farella Braun + Martel LLP
235 Montgomery St.
San Francisco, CA  94115
Telephone: (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
WAL-MART.COM USA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WARNER MUSIC GROUP CORP., APPLE COMPUTER, INC., WAL-MART.COM USA, LLC, et al., MICROSOFT CORP., AOL MUSIC NOW LLC, YAHOO! INC., NAPSTER LLC, REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, BUY.COM, INC., and DOES 1-10, INCLUSIVE <br><br> Defendants. | Case No. CV-07-2921 VBF (MANx) <br><br> **STIPULATION TO DISMISS WAL-MART.COM USA, LLC** <br><br> Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9 <br><br> Action Filed:  May 3, 2007 <br> Trial Date:  Not set |

Dockets.Justia.com

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and

2    Defendant Wal-Mart.com USA, LLC ("Wal-Mart") hereby stipulate to

3    dismiss Plaintiffs' claims asserted against Wal-Mart in the First Amended

4    Complaint, without prejudice, and with each party to bear its own fees and costs.

5    SO STIPULATED.

6    DATED:  December 26, 2007          STRANGE & CARPENTER

7

8                                       By: _____/s/_____
                                              Gretchen Carpenter
9
                                        Attorneys for Plaintiff
10

11   DATED:  December 21, 2007          FARELLA BRAUN & MARTEL LLP

12

13                                      By: _____/s/_____
                                              Andrew Leibnitz
14
                                        Attorneys for Defendant
15                                      WAL-MART.COM USA, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS                    - 2 -
WAL-MART.COM USA, LLC