1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and
2  Defendant Wal-Mart.com USA, LLC ("Wal-Mart") hereby stipulate to
3  dismiss Plaintiffs' claims asserted against Wal-Mart in the First Amended
4  Complaint, without prejudice, and with each party to bear its own fees and costs.
5     SO STIPULATED.
6  DATED: December 26, 2007      STRANGE & CARPENTER
7
8                                  By: _____
9                                      Gretchen Carpenter
10                                 Attorneys for Plaintiff
11 DATED: December 21, 2007      FARELLA BRAUN & MARTEL LLP
12
13                                  By: _____
14                                      Andrew Leibnitz
15                                 Attorneys for Defendant
                                   WAL-MART.COM USA, LLC

STIPULATION TO DISMISS
WAL-MART.COM USA, LLC        - 2 -