1  JEFFREY L. GRAUBART, CA Bar No. 42250
   info@jlgraubart.com
2  LAW OFFICES OF JEFFREY L. GRAUBART
   350 West Colorado Boulevard, Suite 200
3  Pasadena, California 91105-1855
   Telephone: (626) 304-2800
4  Facsimile: (626) 304-2807

5  BRIAN R. STRANGE, CA Bar 103252
   lacounsel@earthlink.net
6  GRETCHEN CARPENTER, CA Bar No. 180525
   gcarpenter@strangeandcarpenter.com
7  STRANGE & CARPENTER
   12100 Wilshire Blvd., Suite 1900
8  Los Angeles, California 90025
   Telephone: (310) 207-5055
9  Facsimile: (310) 826-3210

10 Attorneys for Plaintiffs

12              UNITED STATES DISTRICT COURT
13           FOR THE CENTRAL DISTRICT OF CALIFORNIA
14                     WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**STIPULATION SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date: Not set |

1

Stipulation Setting Briefing and Hearing Schedule on Plaintiffs' Motion for Leave to File a Second Amended Complaint

1  WHEREAS, Plaintiffs will be filing a motion for leave to file a second amended complaint ("Motion") on January 11, 2008; and

WHEREAS, in order to accommodate the parties' and their counsel's schedules, the parties have agreed on an extended briefing and hearing schedule for the Motion.

THEREFORE, the parties have agreed on the following schedule:

- Plaintiffs will file the Motion on January 11, 2008.
- Defendants' opposition to the Motion will be due on February 4, 2008.
- Plaintiffs' reply will be due on February 15, 2008.
- The hearing on the Motion will be on February 25, 2008, at 1:30 p.m.

Respectfully Submitted,

Dated: January 11, 2008        STRANGE & CARPENTER

By: _____[signature]_____
Gretchen Carpenter
Attorneys for Plaintiffs

Dated: January 11, 2008        GIBSON DUNN & CRUTCHER

By: _____[signature]_____
Cynthia S. Arato
Attorneys for Defendants Warner Music Group Corp.; Microsoft Corporation; AOL Music Now LLC; Yahoo! Inc.; Napster LLC; Realnetworks Digital Music of California, Inc.; and Buy.Com Inc.

Dated: January ___, 2008        LATHAM & WATKINS

By: _____
Daniel S. Schecter
Colin Vandell
Attorneys for Defendant Apple Computer Inc.

2
Stipulation Setting Briefing and Hearing Schedule on Plaintiffs' Motion for Leave to File a Second Amended Complaint

1. WHEREAS, Plaintiffs will be filing a motion for leave to file a second amended complaint ("Motion") on January 11, 2008; and

WHEREAS, in order to accommodate the parties' and their counsel's schedules, the parties have agreed on an extended briefing and hearing schedule for the Motion.

THEREFORE, the parties have agreed on the following schedule:

- Plaintiffs will file the Motion on January 11, 2008.
- Defendants' opposition to the Motion will be due on February 4, 2008.
- Plaintiffs' reply will be due on February 15, 2008.
- The hearing on the Motion will be on February 25, 2008, at 1:30 p.m.

Respectfully Submitted,

Dated: January ___, 2008     STRANGE & CARPENTER

By: _____
Gretchen Carpenter
Attorneys for Plaintiffs

Dated: January ___, 2008     GIBSON DUNN & CRUTCHER

By: _____
Cynthia S. Arato
Attorneys for Defendants Warner Music Group Corp.; Microsoft Corporation; AOL Music Now LLC; Yahoo! Inc.; Napster LLC; Realnetworks Digital Music of California, Inc.; and Buy.Com Inc.

Dated: January 8, 2008     LATHAM & WATKINS

By: _____
Daniel S. Schecter
Colin Vandell
Attorneys for Defendant Apple Computer Inc.

2

Stipulation Setting Briefing and Hearing Schedule on Plaintiffs' Motion for Leave to File a Second Amended Complaint

1 <u>**PROOF OF SERVICE**</u>

2 STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3      I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; the address at my place of business is:

4 12100 Wilshire Blvd., Ste. 1900
Los Angeles, CA 90025

5 On January 11, 2008, I served the forgoing document, described as:
**STIPULATION SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

7 on the interested parties in this action
[ x ] **ECF or** [ ] **by placing** [ ] the original [ x ] a true copy thereof to in an envelope addressed only as follows:

9 Scott A. Edelman, Esq.
Carol M. Silberberg, Esq.
10 Brenda Kleidosty, Esq.
Gibson Dunn & Crutcher LLP
11 2029 Century Park East, #4000
Los Angeles, California 90067
12 Tel: 310-552-8500
Fax: 310-552-7041
13 sedelman@gibsondunn.com
csilberberg@gibsondunn.com
14 bkleidosty@gibsondunn.com

15 Cynthia S. Arato, Esq.
Gibson Dunn & Crutcher LLP
16 200 Park Avenue
New York, New York 10166-0193
17 Tel: 212-351-4000
Fax: 212-351-4035
18 carato@gibsondunn.com

19

*Attorneys for Defendants Warner Music Group Corp.; AOL Music Now, LLC;*
20 *Buy.com, Inc.; Microsoft Corporation; Napster LLC; Real Networks Digital Music*
*of California, Inc.; and Yahoo!Inc.*
21

22 Daniel Scott Schecter, Esq.
Colin Vandell, Esq.
23 Latham & Watkins LLP
633 West Fifth Street, Suite 4000
24 Los Angeles, California 90071
Tel: 213-485-1234
25 Fax: 213-891-8763
daniel.schecter@lw.com
26 colin.vandell@lw.com

27 *Attorneys for Defendant Apple Computer, Inc.*

28

1  Jeffrey L. Graubart, Esq.
   LAW OFFICES OF JEFFREY L. GRAUBART
2  350 West Colorado Blvd., Suite 200
   Pasadena, California 91105
3  Tel: 626-304-2800
   Fax: 626-304-2807
4  info@jlgraubart.com

5  *Co-Counsel for Plaintiffs*

6  [ X ]  **VIA ECF**

7  [  ]  I deposited such an envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
8
   [ X ]  As follows: I am "readily familiar" with the firm's practice of collection and
9  processing correspondence for mailing. Under that practice it would be deposited
   with U.S. postal service on that same day with postage thereon fully prepaid at Los
10 Angeles, California. I am aware that on motion of party served, service is
   presumed invalid if postal cancellation date or postage meter date is more than one
11 day after date of deposit for mailing in affidavit.

12 [  ]  **BY PERSONAL SERVICE**

13      I delivered such envelope to the addressee by hand.
        Executed on January 11, 2008, at Los Angeles, California.
14
   [  ]  **(State)**     I declare under penalty of perjury under the laws of the State of
15                       California that the above is true and correct.

16 [ X ]  **(Federal)**  I declare that I am employed in the office of a member of the
                         bar of this court at whose direction the service was made.
17
18                                                              Jill Hood
19
20
21
22
23
24
25
26
27
28

-2-