# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING WAL-MART.COM USA, LLC**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date:   Not set |

The parties have submitted a Stipulation to Dismiss Wal-Mart.Com USA, LLC ("Wal-Mart"). Having considered the parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs' claims asserted against Wal-Mart in the First Amended Complaint are dismissed without prejudice, and with each party to bear its own fees and costs.

Dated: January 11, 2008

_____
Hon. Valerie Baker Fairbank
United States District Court Judge

1

[Proposed] Order Dismissing Wal-Mart.Com USA, LLC