JEFFREY L. GRAUBART, CA Bar No. 42250
info@jlgraubart.com
LAW OFFICES OF JEFFREY L. GRAUBART
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

BRIAN R. STRANGE, CA Bar No. 103252
lacounsel@earthlink.net
GRETCHEN CARPENTER, CA Bar No. 180525
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Telephone:  (310) 207-5055
Facsimile:  (310) 826-3210

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No.  CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF LODGING [PROPOSED] SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT AND BREACH OF CONTRACT**<br><br>Hearing Date: February 25, 2008<br>Hearing Time: 1:30 p.m.<br>Courtroom:        9<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date:   Not set |

1

Notice of Lodging [Proposed] Second Amended Complaint for Copyright Infringement and Breach of Contract

1  **TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE that Plaintiffs are hereby lodging with the Court
3  their Proposed Second Amended Complaint for Copyright Infringement and
4  Breach of Contract.

5                                          Respectfully Submitted,

6  Dated: January 15, 2008                 STRANGE & CARPENTER

7
8                                          By: *Gretchen Carpenter*
                                               Gretchen Carpenter
9                                              Attorneys for Plaintiffs

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; the address at my place of business is:
12100 Wilshire Blvd., Ste. 1900
Los Angeles, CA 90025

On January 15, 2008, I served the forgoing document, described as:
**NOTICE OF LODGING [PROPOSED] SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT AND BREACH OF CONTRACT**
on the interested parties in this action
[ x ] ECF or  [ ]  **by placing**  [ ]  the original  [ x ]  a true copy thereof to in an envelope addressed only as follows:

Scott A. Edelman, Esq.
Carol M. Silberberg, Esq.
Brenda Kleidosty, Esq.
Gibson Dunn & Crutcher LLP
2029 Century Park East, #4000
Los Angeles, California 90067
Tel: 310-552-8500
Fax: 310-552-7041
sedelman@gibsondunn.com
csilberberg@gibsondunn.com
bkleidosty@gibsondunn.com

Cynthia S. Arato, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
Tel: 212-351-4000
Fax: 212-351-4035
carato@gibsondunn.com

*Attorneys for Defendants Warner Music Group Corp.; AOL Music Now, LLC; Buy.com, Inc.; Microsoft Corporation; Napster LLC; Real Networks Digital Music of California, Inc.; and Yahoo!Inc.*

Daniel Scott Schecter, Esq.
Colin Vandell, Esq.
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
Tel: 213-485-1234
Fax: 213-891-8763
daniel.schecter@lw.com
colin.vandell@lw.com

*Attorneys for Defendant Apple Computer, Inc.*

1  Jeffrey L. Graubart, Esq.
   LAW OFFICES OF JEFFREY L. GRAUBART
2  350 West Colorado Blvd., Suite 200
   Pasadena, California 91105
3  Tel: 626-304-2800
   Fax: 626-304-2807
4  info@jlgraubart.com

5  *Co-Counsel for Plaintiffs*

6  [ X ]  **VIA ECF**

7  [  ]  I deposited such an envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

8

9  [ X ]  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

12  [  ]  **BY PERSONAL SERVICE**

13       I delivered such envelope to the addressee by hand.
         Executed on January 15, 2008, at Los Angeles, California.

15  [  ]  **(State)**     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

16  [ X ]  **(Federal)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                  Jill Hood

- 2 -