# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**[ORDER SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date: Not set |

The parties have submitted a Stipulation Setting a Briefing and Hearing Schedule on Plaintiffs' Motion for Leave to File a Second Amended Complaint. Having considered the parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that:

1

[Proposed] Order Setting Briefing and Hearing Schedule on Plaintiff's Motion for Leave to File a Second Amended Complaint

1 • Plaintiffs will file the Motion for Leave to File a Second Amended
2 Complaint ("Motion") on January 11, 2008.
3 • Defendants' opposition to the Motion will be due on February 4,
4 2008.
5 • Plaintiffs' reply will be due on February 15, 2008.
6 • The hearing on the Motion will be on March 3, 2008, at 1:30 p.m.

Dated: January 15, 2008

_____
Hon. Valerie Baker Fairbank
United States District Court Judge