Name and address
CYNTHIA S. ARATO (SBN 156856)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated, Plaintiff(s) <br> v. <br> WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER. LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive, Defendant(s). | CASE NUMBER <br><br> CV 07 2921 VBF (MANx) <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

AOL Music Now, LLC          ☐ Plaintiff   ☑ Defendant   ☐ Other _____
_Name of Party_

hereby request the Court approve the substitution of ___Joseph L. Golden, Esq.___
_New Attorney_

as attorney of record in place and stead of ___Cynthia S. Arato, Esq. and Gibson, Dunn & Crutcher LLP___
_Present Attorney_

Dated  31 Jan 08          _[signature]_
_Signature of Party/Authorized Representative of Party_

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  JAN. 25, 2008          _[signature]_
_Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  JAN. 31, 2008          _[signature]_
_Signature of New Attorney_
                                 61293
_State Bar Number_

If party requesting to appear Pro Se:

Dated _____          _____
_Signature of Requesting Party_

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)          REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY