
David Grisman et al v. UMG Recordings Inc et al     Doc. 54 Att. 1
Case 2:07-cv-02921-VBF-MAN    Document 54-2    Filed 02/01/2008    Page 1 of 1

CYNTHIA S. ARATO (SBS 156856)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 07 2921 VBF (MANx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__AOL Music Now, LLC__    ☐ Plaintiff   ☑ Defendant   ☐ Other _____
*Name of Party*

to substitute __Joseph L. Golden, Esq._____ who is

☑ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

__Law Office of Joseph L. Golden, 10100 Santa Monica Blvd., Suite 300_____
*Street Address*

__Los Angeles, California 90067__      __jlgoldenesq@verizon.net__
*City, State, Zip*                             *E-Mail Address*

__(310) 772-2260__      __(310) 772-2299__      __61293__
*Telephone Number*      *Fax Number*      *State Bar Number*

as attorney of record in place and stead of __Cynthia S. Arato, Esq. and Gibson, Dunn & Crutcher LLP__
*Present Attorney*

**is hereby**    ☐ GRANTED    ☐ DENIED

Dated _____         _____
                                        U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Dockets.Justia.com