Name and address
CYNTHIA S. ARATO (SBN 156856)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br>Plaintiff(s)<br>v.<br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br>Defendant(s). | CASE NUMBER<br><br>CV 07 2921 VBF (MANx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

RealNetworks Digital Music of California, Inc.     ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of  Joseph L. Golden, Esq.
*New Attorney*

as attorney of record in place and stead of   Cynthia S. Arato, Esq. and Gibson, Dunn & Crutcher LLP
*Present Attorney*

Dated  Jan 30 2008                    _____
*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  JAN 25, 2008                    _____
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  Feb 1, 2008                    _____
*Signature of New Attorney*
                                       61293
*State Bar Number*

If party requesting to appear Pro Se:

Dated  _____                _____
*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)             REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY