CYNTHIA S. ARATO (SBN 156356)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone:   (212) 351-4000
Facsimile:    (212) 351-4035

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 07 2921 VBF (MANx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__RealNetworks Digital Music of California, Inc.__   ☐ Plaintiff   ☒ Defendant ☐ Other _____
              Name of Party

to substitute   __Joseph L. Golden, Esq._____   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__Law Office of Joseph L. Golden, 10100 Santa Monica Blvd., Suite 300_____
                                              Street Address

__Los Angeles, California 90067_____   __jlgoldenesq@verizon.net_____
              City, State, Zip                                                   E-Mail Address

__(310) 772-2260_____   __(310) 772-2299_____   __61293_____
       Telephone Number                Fax Number                    State Bar Number

as attorney of record in place and stead of __Cynthia S. Arato, Esq. and Gibson, Dunn & Crutcher LLP__
                                                                         Present Attorney

**is hereby**   ☐ **GRANTED**   ☐ **DENIED**

Dated _____   _____
                                                     U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY