CYNTHIA S. ARATO (SBN 156856)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,

Plaintiff(s)

v.

WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,

Defendant(s).

CASE NUMBER

CV 07 2921 VBF (MANx)

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

__Yahoo!, Inc.__     ☐ Plaintiff  ☑ Defendant  ☐ Other _____
Name of Party

to substitute __Joseph L. Golden, Esq.__ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__Law Office of Joseph L. Golden, 10100 Santa Monica Blvd., Suite 300__
Street Address

__Los Angeles, California 90067__        __jlgoldenesq@verizon.net__
City, State, Zip                          E-Mail Address

__(310) 772-2260__        __(310) 772-2299__        __61293__
Telephone Number          Fax Number                State Bar Number

as attorney of record in place and stead of __Cynthia S. Arato, Esq. and Gibson, Dunn & Crutcher LLP__
Present Attorney

**is hereby**   ☐ GRANTED   ☐ DENIED

Dated _____           _____
                                        U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)           ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY