David Grisman et al v. UMG Recordings Inc et al    Doc. 57
02/01/2008 16:49 FAX                                                                    ☒002/002
Case 2:07-cv-02921-VBF-MAN    Document 57    Filed 02/01/2008    Page 1 of 1

Name and address
CYNTHIA S. ARATO (SBN 156856)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br>Plaintiff(s)<br>v.<br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, IN C.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br>Defendant(s). | CASE NUMBER<br>CV 07 2921 VBF (MANx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
|---|---|

Microsoft Corporation     ☐ Plaintiff  ☒ Defendant  ☐ Other _____
_Name of Party_

hereby request the Court approve the substitution of ___Joseph L. Golden, Esq.___
                                                          _New Attorney_
as attorney of record in place and stead of ___Cynthia S. Arato, Esq. and Gibson, Dunn & Crutcher LLP___
                                                                                _Present Attorney_

Dated 2-1-2008                          [signature]
                                        _Signature of Party/Authorized Representative of Party_

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated JAN 25, 2008                      [signature]
                                        _Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated Feb. 1, 2008                      [signature]
                                        _Signature of New Attorney_
                                        61293
                                        _State Bar Number_

If party requesting to appear Pro Se:

Dated _____                   _____
                                        _Signature of Requesting Party_

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)                REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Dockets.Justia.com