SCOTT A. EDELMAN (SBN 116927)
BRENDA L. KLEIDOSTY (SBN 234987)
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, California 90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 552-7041

CYNTHIA S. ARATO (SBN 156856)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for Defendant
WARNER MUSIC GROUP CORP.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO! INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC. and DOES ONE through TEN, inclusive,<br><br>            Defendants. | CASE NO. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date: Not set |

Gibson, Dunn & Crutcher LLP

Stipulation to Continue Defendants' Deadline to Respond to FAC

1  WHEREAS, plaintiffs filed this case on May 3, 2007;

2  WHEREAS, plaintiffs filed a first amended complaint on May 10, 2007;

3  WHEREAS, pursuant to prior stipulations of the parties and Orders of this Court, defendants' responses to the first amended complaint were due on December 24, 2007;

4  WHEREAS, the parties filed a stipulation with the Court on December 21, 2007 seeking an extension of time to respond to the First Amended Complaint in light of Plaintiffs' intent to file a motion seeking leave to file a Second Amended Complaint;

5  WHEREAS, plaintiffs filed on January 11, 2008, a motion seeking leave to file a second amended complaint, which proposes to include different and additional claims and parties;

6  WHEREAS, plaintiffs' motion is scheduled for hearing on March 3, 2008;

7  WHEREAS, pending resolution of plaintiffs' motion seeking leave to file a second amended complaint, the parties have agreed to extend defendants' time to respond to the first amended complaint until ten (10) days after the Court enters its decision on plaintiffs' motion to amend; and

8  WHEREAS, in light of the foregoing, good cause exists for this extension, as it would allow defendants to avoid expending time and expense in responding to the first amended complaint in the event that the Court permits the filing of a second amended complaint, which will include different or additional claims and parties.

///
///
///
///
///
///
///
///

1    THEREFORE, the parties respectfully request that this Court continue
2  defendants' deadlines to respond to the first amended complaint until ten (10) days
3  after the Court enters its decision on plaintiffs' motion to amend.

Respectfully submitted,

Dated: February 1, 2008        STRANGE & CARPENTER

By: /s/ Gretchen Carpenter
    Gretchen Carpenter

Attorneys for Plaintiffs

Dated: February ___, 2008       GIBSON, DUNN & CRUTCHER LLP


By:_____
   Cynthia S. Arato

Attorneys for Defendant Warner Music Group Corp.

Dated: February ___, 2008       LATHAM & WATKINS


By:_____
   Daniel S. Schecter
   Colin Vandell

Attorneys for Defendant Apple Computer Inc.


Dated: February ___, 2008       LAW OFFICE OF JOSEPH GOLDEN


By:_____
   Joseph Golden

Attorneys for Defendants AOL Music Now, YAHOO! Inc., Microsoft Corporation and RealNetworks Digital Music of California, Inc.

THEREFORE, the parties respectfully request that this Court continue defendants' deadlines to respond to the first amended complaint until ten (10) days after the Court enters its decision on plaintiffs' motion to amend.

Dated: February ___, 2008

Respectfully submitted,

STRANGE & CARPENTER

By:_____
    Gretchen Carpenter

Attorneys for Plaintiffs

Dated: February 1, 2008

GIBSON, DUNN & CRUTCHER LLP

By:_____
    Cynthia S. Arato

Attorneys for Defendant Warner Music Group Corp.

Dated: February ___, 2008

LATHAM & WATKINS

By:_____
    Daniel S. Schecter
    Colin Vandell

Attorneys for Defendant Apple Computer Inc.

Dated: February ___, 2008

LAW OFFICE OF JOSEPH GOLDEN

By:_____
    Joseph Golden

Attorneys for Defendants AOL Music Now, YAHOO! Inc., Microsoft Corporation and RealNetworks Digital Music of California, Inc.

THEREFORE, the parties respectfully request that this Court continue defendants' deadlines to respond to the first amended complaint until ten (10) days after the Court enters its decision on plaintiffs' motion to amend.

Dated: February ___, 2008

Respectfully submitted,
STRANGE & CARPENTER

By:_____
   Gretchen Carpenter

Attorneys for Plaintiffs

Dated: February ___, 2008

GIBSON, DUNN & CRUTCHER LLP

By:_____
   Cynthia S. Arato

Attorneys for Defendant Warner Music Group Corp.

Dated: February _1_, 2008

LATHAM & WATKINS

By:_____
   Daniel S. Schecter
   Colin Vandell

Attorneys for Defendant Apple Computer Inc.

Dated: February ___, 2008

LAW OFFICE OF JOSEPH GOLDEN

By:_____
   Joseph Golden

Attorneys for Defendants AOL Music Now, YAHOO! Inc., Microsoft Corporation and RealNetworks Digital Music of California, Inc.

THEREFORE, the parties respectfully request that this Court continue defendants' deadlines to respond to the first amended complaint until ten (10) days after the Court enters its decision on plaintiffs' motion to amend.

Dated: February ___, 2008

Respectfully submitted,

STRANGE & CARPENTER

By: _____
Gretchen Carpenter

Attorneys for Plaintiffs

Dated: February ___, 2008

GIBSON, DUNN & CRUTCHER LLP

By: _____
Cynthia S. Arato

Attorneys for Defendant Warner Music Group Corp.

Dated: February ___, 2008

LATHAM & WATKINS

By: _____
Daniel S. Schecter
Colin Vandell

Attorneys for Defendant Apple Computer Inc.

Dated: February _1_, 2008

LAW OFFICE OF JOSEPH GOLDEN

By: _____
Joseph Golden

Attorneys for Defendants AOL Music Now, YAHOO! Inc., Microsoft Corporation and RealNetworks Digital Music of California, Inc.