SCOTT A. EDELMAN (SBN 116927)
BRENDA L. KLEIDOSTY (SBN 234987)
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, California 90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 552-7041

CYNTHIA S. ARATO (SBN 156856)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for Defendant
WARNER MUSIC GROUP CORP.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO! INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC. and DOES ONE through TEN, inclusive,<br><br>Defendants. | CASE NO. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date: Not set |

Gibson, Dunn &
Crutcher LLP

[Proposed] Order Extending Defendants' Deadline to Respond to FAC

1  The parties have submitted a Stipulation to Continue Defendants' Deadline to
2  Respond to First Amended Complaint, requesting that the deadline be extended until
3  ten (10) days after the Court enters its decision on plaintiffs' motion to amend. Having
4  considered the parties' stipulation, and good cause appearing, **IT IS HEREBY**
5  **ORDERED** that the Defendants' deadline to respond to the first amended complaint is
6  continued until ten (10) days after the Court enters its decision on plaintiffs' motion to
7  amend.

Dated: February __, 2008

_____
Hon. Valerie Baker Fairbank
United States District Court Judge

100380498_1.DOC

Gibson, Dunn &
Crutcher LLP

[Proposed] Order Extending Defendants' Deadline to Respond to FAC