JEFFREY L. GRAUBART, CA Bar No. 42250
info@jlgraubart.com
LAW OFFICES OF JEFFREY L. GRAUBART
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

BRIAN R. STRANGE, CA Bar 103252
lacounsel@earthlink.net
GRETCHEN CARPENTER, CA Bar No. 180525
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date:   Not set |

1

Stipulation to Continue Plaintiffs' Deadline to File a Motion for Class Certification

1  WHEREAS, plaintiffs filed this case asserting class action allegations on May 3, 2007;

2  WHEREAS, plaintiffs filed a first amended complaint asserting class action allegations on May 10, 2007;

3  WHEREAS, plaintiffs served the summons and first amended complaint on defendants Apple Computer, Inc.; Yahoo!, Inc.; Napster, LLC; and Realnetworks Digital Music of California, Inc. on May 14, 2007;

4  WHEREAS, plaintiffs served the summons and first amended complaint on defendants Microsoft Corporation and AOL Music Now, LLC on May 15, 2007;

5  WHEREAS, plaintiffs served the summons and first amended complaint on defendant Buy.Com, Inc. on May 16, 2007;

6  WHEREAS, plaintiffs served the summons and first amended complaint on defendant Warner Music Group Corp. on May 22, 2007;

7  WHEREAS, the parties have stipulated, subject to court approval, that defendants' responses to the first amended complaint be due on February 4, 2008;

8  WHEREAS, Local Rule 23-3 requires a plaintiff to file a motion for class certification within 90 days after service of the pleading purporting to commence a class action;

9  WHEREAS, under this local rule, plaintiffs' motion for class certification was originally due by August 13, 2007;

10  WHEREAS, the parties previously stipulated, and this Court ordered, that plaintiffs' deadline to file their motion for class certification be continued to February 11, 2008;

11  WHEREAS, on January 11, 2008, plaintiffs filed a motion for leave to file a second amended complaint, which is currently set for hearing on March 3, 2008;

12  WHEREAS, the parties have also not yet appeared before the Court for a scheduling conference, nor have they held their Rule 26(f) meeting or commenced discovery; and

1  WHEREAS, in light of the scheduling of this case, plaintiffs have requested,
2  and defendants have agreed, subject to court approval, to extend plaintiffs'
3  deadline to file a motion for class certification for approximately ninety additional
4  days, until May 12, 2008.

5  THEREFORE, the parties stipulate that plaintiffs' deadline to file a motion
6  for class certification should be continued until May 12, 2008.

Respectfully submitted,

Dated: February 1, 2008          STRANGE & CARPENTER

By: *(signature)*
Gretchen Carpenter
Attorneys for Plaintiffs

Dated: February 1, 2008          GIBSON, DUNN & CRUTCHER LLP

By: *(signature)*
Cynthia S. Arato
Attorneys for Defendant Warner Music
Group Corp.

Dated: February ___, 2008         LATHAM & WATKINS

By:_____
Daniel S. Schecter
Colin Vandell
Attorneys for Defendant Apple Computer
Inc.

Dated: February ___, 2008         LAW OFFICE OF JOSEPH GOLDEN

By:_____
Joseph Golden
Attorneys for Defendants AOL Music Now,
YAHOO! Inc., Microsoft Corporation and
RealNetworks Digital Music of California,
Inc.

WHEREAS, in light of the scheduling of this case, plaintiffs have requested, and defendants have agreed, subject to court approval, to extend plaintiffs' deadline to file a motion for class certification for approximately ninety additional days, until May 12, 2008.

THEREFORE, the parties stipulate that plaintiffs' deadline to file a motion for class certification should be continued until May 12, 2008.

Respectfully submitted,

Dated: February ___, 2008          STRANGE & CARPENTER

By:_____
Gretchen Carpenter
Attorneys for Plaintiffs

Dated: February ___, 2008          GIBSON, DUNN & CRUTCHER LLP

By:_____
Cynthia S. Arato
Attorneys for Defendant Warner Music Group Corp.

Dated: February _/_, 2008          LATHAM & WATKINS

By:_____
Daniel S. Schecter
Colin Vandell
Attorneys for Defendant Apple Computer Inc.

Dated: February ___, 2008          LAW OFFICE OF JOSEPH GOLDEN

By:_____
Joseph Golden
Attorneys for Defendants AOL Music Now, YAHOO! Inc., Microsoft Corporation and RealNetworks Digital Music of California, Inc.

WHEREAS, in light of the scheduling of this case, plaintiffs have requested, and defendants have agreed, subject to court approval, to extend plaintiffs' deadline to file a motion for class certification for approximately ninety additional days, until May 12, 2008.

THEREFORE, the parties stipulate that plaintiffs' deadline to file a motion for class certification should be continued until May 12, 2008.

Respectfully submitted,

Dated: February ___, 2008 STRANGE & CARPENTER

By:________________________
Gretchen Carpenter
Attorneys for Plaintiffs

Dated: February ___, 2008 GIBSON, DUNN & CRUTCHER LLP

By:________________________
Cynthia S. Arato
Attorneys for Defendant Warner Music Group Corp.

Dated: February ___, 2008 LATHAM & WATKINS

By:________________________
Daniel S. Schecter
Colin Vandell
Attorneys for Defendant Apple Computer Inc.

Dated: February 1, 2008 LAW OFFICE OF JOSEPH GOLDEN

By: [signature]
Joseph Golden
Attorneys for Defendants AOL Music Now, YAHOO! Inc., Microsoft Corporation and RealNetworks Digital Music of California, Inc.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

  I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; the address at my place of business is:
12100 Wilshire Blvd., Ste. 1900
Los Angeles, CA 90025

On February 4, 2008, I served the forgoing document, described as:
**STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION**
on the interested parties in this action:  [ x ] **ECF or**  [ ] **by placing**  [ ] the original [ ] a true copy thereof to in an envelope addressed only as follows:

Scott A. Edelman, Esq.
Carol M. Silberberg, Esq.
Brenda Kleidosty, Esq.
Gibson Dunn & Crutcher LLP
2029 Century Park East, #4000
Los Angeles, California 90067
Tel: 310-552-8500
Fax: 310-552-7041
sedelman@gibsondunn.com
csilberberg@gibsondunn.com
bkleidosty@gibsondunn.com

Cynthia S. Arato, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
Tel: 212-351-4000
Fax: 212-351-4035
carato@gibsondunn.com

*Attorneys for Defendants Warner Music Group Corp.; AOL Music Now, LLC; Buy.com, Inc.; Microsoft Corporation; Napster LLC; Real Networks Digital Music of California, Inc.; and Yahoo!Inc.*

Joseph Golden, Esq.
LAW OFFICE OF JOSEPH GOLDEN
10100 Santa Monica Blvd., #300
Los Angeles, California 90067
Tel: 310-772-2260
Fax: 310-772-2299
jlgoldenesq@verizon.net

*Attorneys for Defendants AOL Music Now, YAHOO! Inc., Microsoft Corporation and RealNetworks Digital Music of California, Inc.*

1  Daniel Scott Schecter, Esq.
   Colin Vandell, Esq.
2  Latham & Watkins LLP
   633 West Fifth Street, Suite 4000
3  Los Angeles, California 90071
   Tel: 213-485-1234
4  Fax: 213-891-8763
   daniel.schecter@lw.com
5  colin.vandell@lw.com

6  *Attorneys for Defendant Apple Computer, Inc.*

7

8  Jeffrey L. Graubart, Esq.
   LAW OFFICES OF JEFFREY L. GRAUBART
9  350 West Colorado Blvd., Suite 200
   Pasadena, California 91105
10 Tel: 626-304-2800
   Fax: 626-304-2807
11 info@jlgraubart.com

12 *Co-Counsel for Plaintiffs*

13 **[ X ]   VIA ECF**

14 [   ] I deposited such an envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
15
16 [ X ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

19 **[   ] BY PERSONAL SERVICE**

20     I delivered such envelope to the addressee by hand.
       Executed on February 4, 2008, at Los Angeles, California.
21
22 [   ] **(State)**     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

23 **[ X ] (Federal)**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
24
25                                                              _____
                                                                Jill Hood
26
27
28

- 2 -