# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER CONTINUING PLAINTIFFS' DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date: Not set |

1

[Proposed] Order Continuing Plaintiffs' Deadline to File a Motion for Class Certification

1  The parties have submitted a Stipulation to Continue Plaintiffs' Deadline to
2  File a Motion for Class Certification. Having considered the parties' stipulation,
3  and good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs' deadline
4  to file a motion for class certification is continued to May 12, 2008.

6  Dated: _____, 2008

7  _____
   Hon. Valerie Baker Fairbank
   United States District Court Judge

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; the address at my place of business is:
12100 Wilshire Blvd., Ste. 1900
Los Angeles, CA 90025

On February 4, 2008, I served the forgoing document, described as:
**[PROPOSED] ORDER CONTINUING PLAINTIFFS' DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION**
on the interested parties in this action:   [ x ] **ECF** or   [ ] **by placing**   [ ] the original   [ ] a true copy thereof to in an envelope addressed only as follows:

Scott A. Edelman, Esq.
Carol M. Silberberg, Esq.
Brenda Kleidosty, Esq.
Gibson Dunn & Crutcher LLP
2029 Century Park East, #4000
Los Angeles, California 90067
Tel: 310-552-8500
Fax: 310-552-7041
sedelman@gibsondunn.com
csilberberg@gibsondunn.com
bkleidosty@gibsondunn.com

Cynthia S. Arato, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
Tel: 212-351-4000
Fax: 212-351-4035
carato@gibsondunn.com

*Attorneys for Defendants Warner Music Group Corp.; AOL Music Now, LLC; Buy.com, Inc.; Microsoft Corporation; Napster LLC; Real Networks Digital Music of California, Inc.; and Yahoo!Inc.*

Joseph Golden, Esq.
LAW OFFICE OF JOSEPH GOLDEN
10100 Santa Monica Blvd., #300
Los Angeles, California 90067
Tel: 310-772-2260
Fax: 310-772-2299
jlgoldenesq@verizon.net

*Attorneys for Defendants AOL Music Now, YAHOO! Inc., Microsoft Corporation and RealNetworks Digital Music of California, Inc.*

1  Daniel Scott Schecter, Esq.
   Colin Vandell, Esq.
2  Latham & Watkins LLP
   633 West Fifth Street, Suite 4000
3  Los Angeles, California 90071
   Tel: 213-485-1234
4  Fax: 213-891-8763
   daniel.schecter@lw.com
5  colin.vandell@lw.com

6  *Attorneys for Defendant Apple Computer, Inc.*

7

8  Jeffrey L. Graubart, Esq.
   LAW OFFICES OF JEFFREY L. GRAUBART
9  350 West Colorado Blvd., Suite 200
   Pasadena, California 91105
10 Tel: 626-304-2800
   Fax: 626-304-2807
11 info@jlgraubart.com

12 *Co-Counsel for Plaintiffs*

13 **[ X ]  VIA ECF**

14 [  ] I deposited such an envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
15
   [ X ] As follows: I am "readily familiar" with the firm's practice of collection and
16 processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los
17 Angeles, California. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one
18 day after date of deposit for mailing in affidavit.

19 **[  ] BY PERSONAL SERVICE**

20     I delivered such envelope to the addressee by hand.
       Executed on February 4, 2008, at Los Angeles, California.
21
   **[  ] (State)**       I declare under penalty of perjury under the laws of the State of
22                         California that the above is true and correct.

23 **[ X ] (Federal)**    I declare that I am employed in the office of a member of the
                          bar of this court at whose direction the service was made.
24
                                                    _____
25                                                               Jill Hood

26

27

28