JOSEPH L. GOLDEN, ESQ. (S.B.N. 61293)
LAW OFFICE OF JOSEPH L. GOLDEN
10100 Santa Monica Boulevard, Suite 300
Los Angeles, California 90067-4107
Telephone: (310) 772-2260
Telecopier: (310-772-2299
Email: jlgoldenesq@verizon.net

Attorney for Defendants AOL Music Now, LLC,
YAHOO!, Inc., Microsoft Corporation and
RealNetworks Digital Music of California, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| DAVID GRISMAN, et. al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WARNER MUSIC GROUP CORP., et. al.,<br><br>　　　　　Defendants. | Case No. CV-07-2921 VBF (MANx)<br><br>CLASS ACTION<br><br>NOTICE OF JOINDER IN WARNER MUSIC GROUP CORP.'s OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Hearing Date: March 3, 2008<br>Time: 1:30 pm<br>Courtroom: 9 (Hon. V. Baker Fairbank) |

Defendants AOL Music Now, LLC, YAHOO!, Inc., Microsoft Corporation and RealNetworks Digital Music of California, Inc., and each of them, hereby join in the Opposition to plaintiff's Motion for Leave to File Second Amended Complaint filed herein by defendant Warner Music Group Corp. and adopt as their own, each of the factual and legal arguments presented in that Opposition.

A district court may, in its discretion, impose reasonable conditions on the granting of a motion for leave to file an amended complaint. International Ass'n. of Machinists & Aerospace Workers v. Republic Airlines, 761 F.2d 1386, 1391 (9th Cir.

1985). Those conditions may include limiting the scope of the allegations that are to be included in the amended complaint. Garfield v. NDC Health Corp., 466 F.3d 1255, 1271 (11th Cir. 2006).

Of the two original plaintiffs, only Grisman will remain if the second amended complaint is filed. The only claim for relief he intends to pursue is one for "breach of contract and/or inducing breach of contract" against Warner Music Group Corp. and Rhino Entertainment Company. For the reasons set forth in Warner Music Group Corp.'s Opposition, that claim for relief should not be combined with the proposed new plaintiff's (Franklin) copyright infringement claims against the other defendants named in the proposed second amended complaint. Defendants AOL Music Now, LLC, YAHOO!, Inc., Microsoft Corporation and RealNetworks Digital Music of California, Inc. submit that the interests of all the present and proposed parties will be best addressed by limiting Grisman's second amended complaint to the first claim for relief in that pleading.

Franklin can file a new lawsuit alleging his copyright claims against the other defendants. He and the class he purports to represent will not be unduly prejudiced because the operative date for any applicable statute of limitations will be the date on which the second amended complaint is filed. His counsel can be prepared to file that lawsuit immediately after the court enters its ruling on this motion. The court's analysis of the copyright claims will not be wasted because it is likely a Notice of Related Cases will be filed with respect to the new lawsuit.

For the foregoing reasons, defendants AOL Music Now, LLC, YAHOO!, Inc., Microsoft Corporation and RealNetworks Digital Music of California, Inc. respectfully submit that plaintiffs' Motion for Leave to File Second Amended Complaint should be

Notice of Joinder in Opposition to Motion for Leave to File Second Amended Complaint

denied. If, however, the court is inclined to grant the motion, only the first claim alleged against Warner Music Group Corp. and Rhino Entertainment Company should be allowed to be included in the second amended complaint.

DATED:  February 4, 2008           Respectfully submitted,

                                   JOSEPH L. GOLDEN, ESQ.
                                   LAW OFFICE OF JOSEPH L. GOLDEN


                                   By:_____
                                        Joseph L. Golden, Esq.
                                   Attorney for AOL Music Now, LLC, YAHOO!,
                                   Inc., Microsoft Corporation and RealNetworks
                                   Digital Music of California, Inc.

Notice of Joinder in Opposition to Motion for Leave to File Second Amended Complaint