# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC.; and DOES ONE through TEN, inclusive,<br><br>　　　　Defendants. | Case No.  CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**ORDER CONTINUING PLAINTIFFS' DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date:　Not set |

---

1

[Proposed] Order Continuing Plaintiffs' Deadline to File a Motion for Class Certification

The parties have submitted a Stipulation to Continue Plaintiffs' Deadline to File a Motion for Class Certification. Having considered the parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs' deadline to file a motion for class certification is continued to May 12, 2008.

Dated: February 4, 2008      _____
                             Hon. Valerie Baker Fairbank
                             United States District Court Judge

2

[Proposed] Order Continuing Plaintiffs' Deadline to File a Motion for Class Certification