CYNTHIA S. ARATO (SBN 156856)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: CArato@gibsondunn.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>WARNER MUSIC GROUP CORP., APPLE COMPUTER, INC., MICROSOFT CORPORATION, AOL MUSIC NOW, LLC, YAHOO!, INC., NAPSTER, LLC, REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC., BUY.COM, INC, and DOES ONE through TEN, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 07 2921 VBF (MANx)<br><br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

RealNetworks Digital Music of California, Inc.      ☐ Plaintiff   X Defendant   ☐ Other _____
*Name of Party*

to substitute   Joseph L. Golden, Esq.                                           who is

   X Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)      ☐ Pro Se

Law Office of Joseph L. Golden, 10100 Santa Monica Blvd., Suite 300
*Street Address*

   Los Angeles, California 90067                    jlgoldenesq@verizon.net
   *City, State, Zip*                                         *E-Mail Address*

   (310) 772-2260                  (310) 772-2299                  61293
   *Telephone Number*              *Fax Number*                    *State Bar Number*

as attorney of record in place and stead of Cynthia S. Arato, Esq. and Gibson, Dunn & Crutcher, LLP
                                            *Present Attorney*

**is hereby**     **XX GRANTED**      ☐ DENIED

Dated   02-05-08

*Valerie Baker Fairbank* (signature)

Valerie Baker Fairbank
U. S. District Judge

G–01 ORDER (06/05)         **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**