SCOTT A. EDELMAN (SBN 116927)
BRENDA L. KLEIDOSTY (SBN 234987)
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, California 90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 552-7041

CYNTHIA S. ARATO (SBN 156856)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for Defendant
WARNER MUSIC GROUP CORP.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DAVID GRISMAN and CRAIG MILLER, individually and collectively, and doing business as DAWG MUSIC, and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER MUSIC GROUP CORP.; APPLE COMPUTER, INC.; WAL-MART.COM USA, LLC; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO! INC.; NAPSTER, LLC; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; BUY.COM, INC. and DOES ONE through TEN, inclusive,<br><br>Defendants. | CASE NO. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed:   May 3, 2007<br>Trial date:      Not set |

1 | The parties have submitted a Stipulation to Continue Defendants' Deadline to Respond to First Amended Complaint, requesting that the deadline be extended until ten (10) days after the Court enters its decision on plaintiffs' motion to amend. Having considered the parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that the Defendants' deadline to respond to the first amended complaint is continued until ten (10) days after the Court enters its decision on plaintiffs' motion to amend.

Dated: February 4, 2008

*Valerie Baker Fairbank*
_____
Hon. Valerie Baker Fairbank
United States District Court Judge