1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| RODNEY FRANKLIN, individually, and doing business as MAICABOOM MUSIC, on behalf of himself and all those similarly situated,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>RYKO CORPORATION; INSTINCT RECORDS; APPLE COMPUTER, INC.; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; and DOES ONE through TEN, inclusive,<br><br>　　　　　Defendants. | Case No.  CV 07-2921-VBF (JTLx)<br><br>**CLASS ACTION**<br><br>**DISCOVERY MATTER**<br><br>**[~~PROPOSED~~] PROTECTIVE ORDER**<br><br>Assigned for discovery purposes to the Honorable Jennifer T. Lum, Courtroom B<br><br>Action filed: May 3, 2007<br>Trial date:   Not set |

1

Protective Order

1  The parties have submitted a Stipulation for Entry of a Protective Order
2  ("Stipulation").  Having considered the Stipulation, and good cause appearing, the
3  Court hereby GRANTS the parties' request for entry of a protective order.
4  **IT IS SO ORDERED.**

7  Dated: September 22, 2008          /s/Jennifer T. Lum
                                      Honorable Jennifer T. Lum
8                                     United States Magistrate Judge