JEFFREY L. GRAUBART, CA Bar No. 42250
info@jlgraubart.com
LAW OFFICES OF JEFFREY L. GRAUBART, P.C.
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105-1855
Telephone: (626) 304-2800
Facsimile: (626) 304-2807

BRIAN R. STRANGE, CA Bar No. 103252
lacounsel@earthlink.net
GRETCHEN CARPENTER, CA Bar No. 180525
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODNEY FRANKLIN, individually, and doing business as MAICABOOM MUSIC, on behalf of himself and all those similarly situated,<br><br>      Plaintiff,<br>vs.<br><br>INSTINCT RECORDS; APPLE COMPUTER, INC.; MICROSOFT CORPORATION; AOL MUSIC NOW, LLC; YAHOO!, INC.; REALNETWORKS DIGITAL MUSIC OF CALIFORNIA, INC.; and DOES ONE through TEN, inclusive,<br><br>      Defendants. | Case No. CV 07 2921 VBF (MANx)<br><br>**CLASS ACTION**<br><br>**STIPULATION RE SETTLEMENT AND TAKING UPCOMING DATES AND DEADLINES OFF CALENDAR**<br><br>Assigned to the Honorable Valerie Baker Fairbank, Courtroom 9<br><br>Action filed: May 3, 2007<br>Trial date: December 1, 2009 |

    WHEREAS, subject to Court approval, the parties have reached a settlement in this case;

    WHEREAS, Plaintiff has executed the settlement agreement;

    WHEREAS, at the Order to Show Cause hearing on January 12, 2009, this

1

Stip. Re Settlement and Taking Upcoming Dates and Deadlines Off Calendar

1 | Court set various dates, including briefing and hearing dates on Plaintiff's motion
2 | for class certification, filed on November 7, 2008, and trial-related dates;
3 |     WHEREAS, in light of the settlement, this case, including all upcoming
4 | briefing and hearing on Plaintiff's motion for class certification, should be taken
5 | off calendar.
6 |     NOW THEREFORE, the parties hereby stipulate, subject to Court approval,
7 | that the dates set by this Court in its January 12, 2009 Minute Order, including all
8 | upcoming briefing and hearing on Plaintiff's motion for class certification, should
9 | be taken off calendar.

Respectfully submitted,

Dated: February 9, 2009

STRANGE & CARPENTER

By: _____
Gretchen Carpenter, Esq.
Attorneys for Plaintiff

Dated: February 9, 2009

LATHAM & WATKINS LLP

By: _____
Daniel Scott Schecter, Esq.
Counsel for Defendant Apple ~~Computer,~~ Inc.

Dated: February ___, 2009

LAW OFFICE OF JOSEPH GOLDEN

By: _____
Joseph L. Golden, Esq.
Counsel for Defendants Instinct Records and RealNetworks Digital Music of California, Inc.

Dated: February ___, 2009

ARNOLD & PORTER LLP

By: _____
Suzanne V. Wilson, Esq.
Counsel for Defendants AOL Music Now, LLC and Microsoft Corporation

Dated: February ___, 2009

AKIN GUMP STRAUSS HAUER FELD, LLP

By: _____
Stephen R. Mick, Esq.
Counsel for Defendant Yahoo!, Inc.

Court set various dates, including briefing and hearing dates on Plaintiff's motion for class certification, filed on November 7, 2008, and trial-related dates;

WHEREAS, in light of the settlement, this case, including all upcoming briefing and hearing on Plaintiff's motion for class certification, should be taken off calendar.

NOW THEREFORE, the parties hereby stipulate, subject to Court approval, that the dates set by this Court in its January 12, 2009 Minute Order, including all upcoming briefing and hearing on Plaintiff's motion for class certification, should be taken off calendar.

Respectfully submitted.

Dated: February ___, 2009

STRANGE & CARPENTER

By: _____
Gretchen Carpenter, Esq.
Attorneys for Plaintiff

Dated: February ___, 2009

LATHAM & WATKINS LLP

By: _____
Daniel Scott Schecter, Esq.
Counsel for Defendant Apple Computer, Inc.

Dated: February 5, 2009

LAW OFFICE OF JOSEPH GOLDEN

By: _____
Joseph L. Golden, Esq.
Counsel for Defendants Instinct Records and RealNetworks Digital Music of California, Inc.

Dated: February 7, 2009

ARNOLD & PORTER LLP

By: _____
Suzanne V. Wilson, Esq.
Counsel for Defendants AOL Music Now, LLC and Microsoft Corporation

Dated: February ___, 2009

AKIN GUMP STRAUSS HAUER FELD, LLP

By: _____
Stephen R. Mick, Esq.
Counsel for Defendant Yahoo!, Inc.

2

Stip. Re Settlement and Taking Upcoming Dates and Deadlines Off Calendar

1  Court set various dates, including briefing and hearing dates on Plaintiff's motion
2  for class certification, filed on November 7, 2008, and trial-related dates;
3      WHEREAS, in light of the settlement, this case, including all upcoming
4  briefing and hearing on Plaintiff's motion for class certification, should be taken
5  off calendar.
6      NOW THEREFORE, the parties hereby stipulate, subject to Court approval,
7  that the dates set by this Court in its January 12, 2009 Minute Order, including all
8  upcoming briefing and hearing on Plaintiff's motion for class certification, should
9  be taken off calendar.

Respectfully submitted,

Dated: February ___, 2009

STRANGE & CARPENTER

By: _____
Gretchen Carpenter, Esq.
Attorneys for Plaintiff

Dated: February ___, 2009

LATHAM & WATKINS LLP

By: _____
Daniel Scott Schecter, Esq.
Counsel for Defendant Apple Computer, Inc.

Dated: February ___, 2009

LAW OFFICE OF JOSEPH GOLDEN

By: _____
Joseph L. Golden, Esq.
Counsel for Defendants Instinct Records and RealNetworks Digital Music of California, Inc.

Dated: February ___, 2009

ARNOLD & PORTER LLP

By: _____
Suzanne V. Wilson, Esq.
Counsel for Defendants AOL Music Now, LLC and Microsoft Corporation

Dated: February ___, 2009

AKIN GUMP STRAUSS HAUER FELD, LLP

By: _/s/ Julia De Beers_____
~~Stephen R. Mick, Esq.~~ Julia De Beers
Counsel for Defendant Yahoo!, Inc.

2

Stip. Re Settlement and Taking Upcoming Dates and Deadlines Off Calendar

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; the address at my place of business is:

12100 Wilshire Blvd., Ste. 1900
Los Angeles, CA 90025

On February 9, 2009, I served the forgoing document, described as: **STIPULATION RE SETTLEMENT AND TAKING UPCOMING DATES AND DEADLINES OFF CALENDAR** on the interested parties in this action: **[ X ] ECF or [ ] by placing** [ ] a true copy thereof in an envelope addressed as follows:

Daniel Scott Schecter, Esq.
Colin Vandell, Esq.
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, California 90071
Tel: 213-485-1234
Fax: 213-891-8763
daniel.schecter@lw.com
colin.vandell@lw.com

*Attorneys for Defendant Apple Computer, Inc.*

Joseph Golden, Esq.
LAW OFFICE OF JOSEPH GOLDEN
1801 Century Park East, 24th Floor
Los Angeles, California 90067

*Attorney for Defendants Instinct Records Corporation; and RealNetworks Digital Music of California, Inc.*

Stephen R. Mick, Esq.
Julia De Beers, Esq.
AKIN GUMP STRAUSS HAUER FELD, LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: 310-229-1000
Fax: 310-229-1001
smick@akingump.com
jdebeers@akingump.com

*Attorneys for Defendant Yahoo!, Inc.*

Suzanne V. Wilson, Esq.
ARNOLD & PORTER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4000
Fax: 213-243-4199
suzanne_wilson@aporter.com

*Attorney for Defendants AOL Music Now, LLC and Microsoft Corporation*

1 | Jeffrey L. Graubart, Esq.
LAW OFFICES OF JEFFREY L. GRAUBART, P.C.
2 | 350 West Colorado Blvd., Suite 200
Pasadena, California 91105
3 | Tel: 626-304-2800
Fax: 626-304-2807
4 | info@jlgraubart.com

5 | *Co-Counsel for Plaintiffs*

6 | [ X ]  VIA ECF

7 | [    ]  I deposited such an envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
8 |
9 | [ X ]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los
10 | Angeles, California. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date
11 | of deposit for mailing in affidavit.

12 | [   ]  **BY PERSONAL SERVICE**

13 |       I delivered such envelope to the addressee by hand.
      Executed on February 9, 2009, at Los Angeles, California.
14 |
15 | [ X ]  **(Federal)**     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

16 |                                                _____
17 |                                                                  Jill Hood

- 2 -